## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GOOGLE INC. v.
CENTRAL MFG. INC.
and STEALTH INDUSTRIES, INC.



07CV385
JUDGE KENDALL
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF GOOGLE INC.

FILED
JAN 19 2007
JAN 1 9 2007

| NAME (Type or print) | |
|---|---|
| MICHAEL T. ZELLER | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael T. Zeller | |
| FIRM | |
| QUINN EMANUEL URQUHART OLIVER & HEDGES | |
| STREET ADDRESS | |
| 865 S. FIGUEROA STREET, 10TH FLOOR | |
| CITY/STATE/ZIP | |
| LOS ANGELES, CA 90017 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6226433 | 213-443-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |