IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOOGLE INC., ) | |
| ) | |
| Plaintiff, ) | 07CV385 |
| ) | JUDGE KENDALL |
| vs. ) | MAGISTRATE JUDGE COLE |
| ) | |
| CENTRAL MFG. INC. a/k/a CENTRAL ) | |
| MFG. CO., a/k/a CENTRAL MFG. CO. ) | |
| (INC.), a/k/a CENTRAL ) | |
| MANUFACTURING COMPANY, INC. ) | FILED |
| and a/k/a CENTRAL MFG. CO. OF ) | |
| ILLINOIS; and STEALTH INDUSTRIES, ) | JAN 1 9 2007  NF |
| INC. a/k/a RENTAMARK and a/k/a ) | JAN 19 2007 |
| RENTAMARK.COM, ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| Defendants. | |

### RULE L3.2 CERTIFICATE

Pursuant to Local Rule 3.2, Google Inc. through counsel certifies that Google Inc. has no parent corporation and that no public company owns 10% or more of Google Inc.'s stock.

Respectfully submitted,

GOOGLE INC.

January 19, 2007

By _William J. Barrett_
William J. Barrett
Barack Ferrazzano Kirschbaum Perlman &
  Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 984-3100

Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000

397355_1.DOC