## *United States District Court for the Northern District of Illinois*

Case Number:                                  Assigned/Issued By:

Judge Name:                                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00      ☐ $39.00      ☐ $5.00

                      ☐ IFP           ☐ No Fee      ☐ Other _____

                      ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

| | |
|---|---|
| ☐ Summons | ☐ Alias Summons |
| ☐ Third Party Summons | ☐ Lis Pendens |
| ☐ Non Wage Garnishment Summons | ☐ Abstract of Judgment |
| ☐ Wage-Deduction Garnishment Summons | _____ |
| ☐ Citation to Discover Assets | _____ |
| ☐ Writ _____ | (Victim, Against and $ Amount) |
|        (Type of Writ) | |

_____ Original and _____ copies on _____ as to _____
                                      (Date)

_____

_____