IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN 30 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GOULE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL MFG. INC. a/k/a<br>CENTRAL MFG. CO., a/k/a<br>CENTRAL MFG. CO.(INC).,<br>a/k/a CENTRAL MANUFACTURING<br>COMPANY, INC. and a/k/a<br>CENTRAL MFG. CO. OF ILLINOIS;<br>and STEALTH INDUSTRIES, INC.<br>a/k/a RENTAMARK and a/k/a<br>RENTAMARK.COM,<br><br>Defendants. | Case No: 07-cv-385<br><br>Judge Kendall<br><br>Magistrate Judge Cole |

**MOTION TO SUSPEND PENDING THE APPEAL
TO LIFT THE AUTOMATIC STAY FOR GOOGLE TO
SUE THE DEBTOR, LEO STOLLER**

NOW COMES Leo Stoller and requests that this Court stay this proceeding pending Stoller's Appeal of Judge Schmetterer's order lifting the automatic stay in Stoller's Chapter 7 bankruptcy, Case No. 05-64075, for Google to sue the Debtor, Leo Stoller, and his companies.

See attached true and correct copies of Judge Schmetterer's order dated January 18, 2007 and Stoller's Notice of Appeal dated January 5, 2007.

WHEREFORE, Leo Stoller prays that this Court stay this proceeding pending the final outcome of Stoller's Appeal of Judge Schmetterer's order lifting the automatic stay of Stoller's bankruptcy, allowing the Debtor and his businesses to be sued by Google.

*/s/ Leo Stoller*

Leo Stoller, *pro se*
7115 W. North Avenue #272
Oak Park, Illinois 60302
312/ 545-4554
Email: ldms4@hotmail.com

Date: January 30, 2007

## Certificate of Mailing

I hereby certify that this motion is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to:

Clerk of the Court
United States District Court
219 S. Dearborn
Chicago, Illinois 60607

_____
Leo Stoller
Date: January 30, 2007


## Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to:

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

_____
Leo Stoller
Date: 1/30/07

C:\MARKS42\GOOGLE2.MOT

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LEO STOLLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 05-64075<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date: January 18, 2007<br>Hearing Time: 11:00 a.m. |

**ORDER GRANTING MOTION FOR ORDER DECLARING PROPOSED SUIT TO BE OUTSIDE SCOPE OF STAY OR, IN THE ALTERNATIVE, MODIFYING STAY
[DOCKET NO. 113]**

Google Inc. ("Google") having filed its Motion for Order Declaring Proposed Suit to be Outside Scope of Stay or, In the Alternative, Modifying Stay (the "Motion") on August 18, 2006, and hearings having been held on the Motion on August 23, 2006, August 31, 2006, September 14, 2006, October 5, 2006, October 19, 2006, November 9, 2006, December 5, 2006, December 12, 2006, December 19, 2006, and January 4, 2007 and Google having entered into a compromise with the Chapter 7 trustee appointed in this case concerning the relief sought in the Motion as to the estate and entities owned or controlled by the estate, which compromise has been approved by a separate Order of this Court entered on December 5, 2006 (such Order and the Settlement Agreement it approved being the "Settlement Order"), and the Debtor having objected to the Motion which objection the Court overruled in open court on January 4, 2007, and the Court having made, on the record at the January 4, 2007 hearing, findings of fact and conclusions of law, and the Court having found that there is cause to grant Google relief from the automatic stay,

IT IS HEREBY ORDERED that Google is granted relief from the automatic stay so that it may take the actions, including filing an action against the Debtor in the United States District

Court, described in the Motion and any ancillary, necessary, or appropriate actions in connection therewith. *[handwritten: in that court or is the Thinkland Third Appeal board on hath.]*

IT IS FURTHER ORDERED that Google shall take no action to collect a monetary judgment against Leo Stoller personally without obtaining prior leave of this Court; provided however that if this case is dismissed or if Leo Stoller has been denied a discharge under 11 U.S.C. §727 then Google shall not have to obtain leave before collecting any judgment it obtains against Leo Stoller.

IT IS FURTHER ORDERED that the relief granted herein pertains only to Leo Stoller personally and nothing herein amends or supersedes the provisions of the Settlement Order.

_____
United States Bankruptcy Judge

JAN 18 2007

{5814 MOT A0147153.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: ) Chapter 7
) 
LEO STOLLER, ) Case No: 05-64075
) 
        Debtor. ) Hon. Jack B. Schmetterer

## NOTICE OF APPEAL

NOW COMES the Debtor and files a Notice of Appeal of the attached orders:

1) Motion to Dismiss A Case Under Chapter 7 (246)

2) Motion to Stay Court's Order Lifting Stay for Google, Inc. to Sue The Debtor (245)

3) Motion for Leave to Object to Claims (237)

*denied*

/s/ Leo Stoller
Leo Stoller
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: January 5, 2007

## Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to the following address:

Clerk of the Court
United States Bankruptcy Court
219 S. Dearborn
Chicago, IL 60607

_____Leo Stoller_____
Leo Stoller
Date: January 5, 2007

## Certificate of Service

I hereby certify that the foreging is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
Counsel for Trustee
Shaw, Gussis, Fishman, Glantx,
 Wolfson & Tow
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Timothy C. Meece
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago Illinois 60606

_____Leo Stoller_____
Leo Stoller
Date: January 5, 2007

C:\MARK842\STOLLER2.NOA