IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GOOGLE, INC.                              )
                                          )
        Plaintiff,                        )
                                          )
    vs.                                   )
                                          )   Case No: 07-cv-385
CENTRAL MFG. INC. a/k/a                   )
CENTRAL MFG. CO., a/k/a                   )   Judge Kendall
CENTRAL MFG. CO.(INC).,                   )
a/k/a CENTRAL MANUFACTURING               )   Magistrate Judge Cole
COMPANY, INC. and a/k/a                   )
CENTRAL MFG. CO. OF ILLINOIS;             )
and STEALTH INDUSTRIES, INC.              )
a/k/a RENTAMARK and a/k/a                 )
RENTAMARK.COM,                            )
                                          )
        Defendants.                       )

## MOTION TO SUSPEND

NOW COMES Leo Stoller and requests that this Court suspend this proceeding for sixty (60) days to give Stoller the opportunity to retain counsel to represent the corporations.

Leo Stoller, *pro se*
7115 W. North Avenue #272
Oak Park, Illinois 60302
312/ 545-4554
Email: ldms4@hotmail.com

Date: January 30, 2007

## Certificate of Mailing

I hereby certify that this motion is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to:

Clerk of the Court
United States District Court
219 S. Dearborn
Chicago, Illinois 60607

_____
Leo Stoller
Date: January 30, 2007

## Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to:

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

_____
Leo Stoller
Date: 1/30/07

C:\MARKS42\GOOGLE3.MOT