UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GOOGLE, INC. )
)
Plaintiff, )
)
vs. )
) Case No: 07-cv-385
CENTRAL MFG. INC. a/k/a )
CENTRAL MFG. CO., a/k/a ) Judge Kendall
CENTRAL MFG. CO.(INC)., )
a/k/a CENTRAL MANUFACTURING ) Magistrate Judge Cole
COMPANY, INC. and a/k/a )
CENTRAL MFG. CO. OF ILLINOIS; )
and STEALTH INDUSTRIES, INC. )
a/k/a RENTAMARK and a/k/a )
RENTAMARK.COM, )
)
Defendants. )

## NOTICE OF MOTION

TO:   Michael T. Zeller, Esq.
      Quinn, Emanual, et. al.
      865 S. Figueroa Street, 10th Floor
      Los Angeles, California 90017

      William J. Barrett, Esq.
      Barack, Ferrazzano, et al.
      333 W. Wacker Drive, Suite 2700
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 5th day of Feb, 2007 at 9 a.m., Debtor shall appear before the Honorable Judge _____ in the courtroom usually occupied by him, 219 S. Dearborn, Chicago, Illinois, 60603, and then and there present Defendant, Leo Stoller's 1)Motion to Interplead; 2)Motion to Suspend; 3)Motion to Suspend Pending the Appeal to Lift the Automatic Stay for Google To Sue The Debtor, Leo Stoller; and 4) Motion to Suspend Pending the Trademark Trial and Appeal Board's Decision on The Defendant's Motion for Summary Judgment;, copies of which is attached hereto.

Leo Stoller
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: January 30, 2007