

**FILED**
JAN 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _LEO STOller_
(Please print)

STREET ADDRESS: _7115 W. North Ave_

CITY/STATE/ZIP: _Oak Park Ill_

PHONE NUMBER: _312-545-4554_

CASE NUMBER: _Case No 07 CV 385_

EMAIL ldas4@hotmail.com

_[signature]_                    _1/30/7_
Signature                         Date