AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GOOGLE INC.

V.

CENTRAL MFG. INC. and STEALTH INDUSTRIES, INC.

CASE: 07CV385
ASSIGNED: JUDGE KENDALL
DESIGNATED MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

CENTRAL MFG. INC. and STEALTH INDUSTRIES, INC.
c/o Richard M. Fogel, not individually but as Chapter 7 Trustee
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., Ste. 800
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL T. ZELLER, ESQ.
QUINN EMANUEL URQUHART OLIVER & HEDGES
865 S. FIGUEROA STREET, 10TH FLOOR
LOS ANGELES, CA 90017

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 1 9 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE<br>January 23, 2007 |
| NAME OF SERVER *(PRINT)*<br>William J. Barrett || TITLE<br>Attorney |
| *Check one box below to indicate appropriate method of service* |||

☑ Served personally upon the defendant. Place where served: via commercial messenger, c/o Richard M. Fogel, not individually but as Chapter 7 Trustee, Shaw Gussis Fishman Glantz Wolfson & Towbin, LLC, 321 N. Clark St., Suite 800, Chicago, IL 60610

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 23, 2007                *William J. Barrett*
                        Date                                *Signature of Server*

Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP
333 West Wacker Dr., Ste. 2700, Chicago, IL 60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.