## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Google Inc, et al.

                         Plaintiff,

v.                                             Case No.: 1:07−cv−00385
                                            Honorable Virginia M. Kendall

Central Mfg. Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2007:

       MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. Motion to interplead [8]; Motion to suspend pending the Appeal to lift the automatic stay for Google to sue the debtor Leo Stoller [9]; Motion to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment [10]; and Motion to suspend [11] are entered and continued to 2/20/2007 at 9:00 AM. Responses due by 2/12/2007. No replies are necessary.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.