UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GOOGLE, INC.         )
                     )
       Plaintiff,    )
                     )
vs.                  )
                     )   Case No: 07-cv-385
CENTRAL MFG. INC. a/k/a   )
CENTRAL MFG. CO., a/k/a   )   Judge Kendall
CENTRAL MFG. CO.(INC).,   )
a/k/a CENTRAL MANUFACTURING )   Magistrate Judge Cole
COMPANY, INC. and a/k/a   )
CENTRAL MFG. CO. OF ILLINOIS; )
and STEALTH INDUSTRIES, INC. )
a/k/a RENTAMARK and a/k/a   )
RENTAMARK.COM,       )
                     )
       Defendants.   )

## NOTICE OF MOTION

TO:  Michael T. Zeller, Esq.
     Quinn, Emanual, et. al.
     865 S. Figueroa Street, 10th Floor
     Los Angeles, California 90017

     William J. Barrett, Esq.
     Barack, Ferrazzano, et al.
     333 W. Wacker Drive, Suite 2700
     Chicago, Illinois 60606

     PLEASE TAKE NOTICE that on the _12th_ day of _Feb_, 2007 at _9:00 AM_ a.m., Debtor shall appear before the Honorable Judge ~~Hibbler~~ in the courtroom usually occupied by him, 219 S. Dearborn, Chicago, Illinois, 60603, and then and there present Defendant, Leo Stoller's **1)Motion to Intervene**, copies of which is attached hereto.

                              _Leo Stoller_
                              Leo Stoller
                              7115 W. North Avenue
                              Oak Park, Illinois 60302
                              (312) 545-4554
                              Email: ldms4@hotmail.com

Date: February 6, 2007