**EXHIBIT 1**

05-64075:153.1:Motion to Authorize:Proposed Order and Minute Order Entered: 9/26/2006 3:21:30 PM by:Janice Alwin Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LEO STOLLER,<br><br>          Debtor. | Chapter 7<br><br>Case No. 05-64075<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date: October 5, 2006<br>Hearing Time: 10:30 a.m. |

### ORDER AUTHORIZING THE TRUSTEE TO ACT ON BEHALF OF DEBTOR'S WHOLLY-OWNED CORPORATIONS AND RELATED RELIEF

Upon consideration of the application (the "Motion") of Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Leo Stoller (the "Debtor"), for the entry of an order authorizing the Trustee to act on behalf of the Debtor's Wholly-Owned Corporations (as defined in the Motion) solely in the Trustee's capacity as the sole shareholder of such corporations; due and proper notice of the Motion having been given; and the Court being otherwise fully advised in the premises; its is hereby

ORDERED:

1. Notice of the Motion as provided for therein is sufficient and further notice is waived.

2. The Trustee is authorized to act on behalf of each of the Wholly-Owned Corporations in the capacity of sole shareholder of each respective corporation as set forth in the Motion.

Dated: 10/17/06

ENTER:

_____
Bankruptcy Judge

OCT 0 5 2006

{000 ORD A0143861.DOC}

6

EXHIBIT 1

Proof of Service

I hereby certify that true and complete copies of the foregoing Agreed Dismissal of Petition for Cancellation with Prejudice were served on Opposer Central Mfg. Co., (Inc.) and Leo Stoller by mailing said copies on December 8, 2006, via First Class Mail, postage prepaid to:

Richard M. Fogel, not individually but as
Chapter 7 Trustee for CENTRAL MFG. CO., (INC.)
SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Leo Stoller
7115 W. North Avenue #272
Oak Park, Illinois 60302

_[signature]_

7    EXHIBIT 1