# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable   JACK B. SCHMETTERER              Hearing Date  DECEMBER 19, 2006

Bankruptcy Case No.   05 B 64075              Adversary No.

Title of Case  LEO STOLLER

Brief Statement of Motion   DEBTOR'S MOTION FOR PERMISSION OF COURT TO REPRESENT HIMSELF AND HIS CORPORATE ENTITIES BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Representing

## ORDER

IT IS HEREBY ORDERED THAT:

For reasons stated from the bench, Debtor's motion for permission of court to represent himself and his corporate entities before the trademark trial and appeal board is denied.

ENTER:

Jack B. Schmetterer, USBJ

44                                          EXHIBIT  4