**EXHIBIT 6**

05-64075:181.2:Motion to Approve:Proposed Order Entered: 11/15/2006 8:53:41 AM by:Janice Alwin Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LEO STOLLER,<br><br>Debtor. | Chapter 7<br><br>Case No. 05-64075<br><br>Hon. Jack B. Schmetterer<br><br>Hearing Date: December 5, 2006<br>Hearing Time: 10:30 a.m. |

**ORDER APPROVING TRUSTEE'S AGREEMENT WITH GOOGLE, INC. TO MODIFY STAY AND COMPROMISE CERTAIN CLAIMS OF DEBTOR'S WHOLLY-OWNED CORPORATIONS AND RELATED RELIEF**

Upon consideration of the application (the "Motion") of Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Leo Stoller (the "Debtor"), for the entry of an order approving an agreement by and between Google, Inc. ("Google") and the Trustee, in his capacity as sole shareholder of certain of the Debtor's Wholly-Owned Corporations (as defined in the Motion) to modify the automatic stay and compromise certain claims (the "Agreement"); due and proper notice of the Motion having been given; and the Court being otherwise fully advised in the premises; its is hereby

ORDERED *for reasons stated from the bench.*

1. Notice of the Motion as provided for therein is sufficient and further notice is waived.

2. The terms of the Agreement as further specified in the Motion are approved pursuant to 11 U.S.C. §§ 105(a) and 362(d) and Federal Rule of Bankruptcy Procedure 4001(d).

3. The Trustee is authorized to take such further actions and execute such documents, including but not limited to the Agreement, as may be necessary to document the terms of the Agreement, as further set forth in the Motion.

{SK14 ORD A0149767.DXX:}

54    EXHIBIT 6

05-64075:181.2:Motion to Approve:Proposed Order Entered: 11/15/2006 8:53:41 AM by: Janice Alwin Page 2 of 3

4. The stay, to the extent applicable, is hereby modified consistent with the terms of the Agreement.

5. This Court ~~shall~~ retain*s* jurisdiction to enforce the provisions of this order after notice and a hearing, *and to reconsider and vacate or modify this order should this bankruptcy case be dismissed.*

ENTER:

Date: 12/5/06

_____
Bankruptcy Judge

DEC 0 5 2006

Prepared by:

Janice A. Alwin (6277043)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
email: jalwin@shawgussis.com

*6. For reasons stated the objections of Mr. Stoller pro se are overruled.*

{000 ORD A0143861.DOC}  2

55   EXHIBIT 6