**EXHIBIT 11**

Dockets.Justia.com

Oct 19 Section 341 mtg.txt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
Leo Stoller,              )      05 B 64075
                          )      Chicago, Illinois
                          )      1:00 p.m.
             Debtor.      )      October 20, 2006
```

TRANSCRIPT OF PROCEEDINGS BEFORE THE
CHAPTER 7 TRUSTEE RICHARD FOGEL

APPEARANCES:

For Debtor:            Mr. Richard Golding;

For Pure Fishing:      Mr. Wm. Factor;

For U.S. Trustee:      Mr. David Gucwa;

Page 1

96                           EXHIBIT 11

Oct 19 Section 341 mtg.txt

2

1        MR. FOGEL:  This is the continued 341
2   meeting in the converted Chapter 13 case of Leo
3   Stoller, S-t-o-l-l-e-r, 05 B 64075.  My name is
4   Richard Fogel.  I am the case trustee for the Stoller
5   estate.  To my right is Janice Alwin, one of my
6   counsel.
7            Counsel for debtor, would you please
8   state your name?
9           MR. GOLDING:  Richard Golding.
10          MR. FOGEL:  Who else appears, please?
11          MR. FACTOR:  William Factor on behalf
12  of creditor Pure Fishing.
13          MR. FOGEL:  Sir?
14          MR. GUCWA:  David Gucwa on behalf of
15  the U.S. Trustee's office.
16          MR. FOGEL:  Sir?
17          THIRD SPEAKER:  (Unintelligible) for
18  creditor.
19          MR. FOGEL:  Very good.
20          Sir, would you state your name?
21          MR. STOLLER:  Leo Stoller.

Page 2

Oct 19 Section 341 mtg.txt

| | |
|---|---|
| 22 | MR. FOGEL: Do you have a photo I.D.? |
| 23 | MR. STOLLER: No, I don't. |
| 24 | MR. FOGEL: Do you have proof of your |
| 25 | social security number? |

3

| | |
|---|---|
| 1 | MR. STOLLER: I do. |
| 2 | MR. FOGEL: May I see it? |
| 3 | MR. STOLLER: I don't have it with me. |
| 4 | MR. FOGEL: Mr. Golding, does your |
| 5 | client know that he has to provide a photo I.D. and |
| 6 | proof of his social security number? |
| 7 | MR. GOLDING: I did not remind him. |
| 8 | MR. STOLLER: I can get that for you. |
| 9 | MR. FOGEL: I will proceed on the |
| 10 | representation that the debtor will provide the |
| 11 | information to counsel, and I know counsel will |
| 12 | forward it on to me. So that would be a photo I.D. |
| 13 | and social security number. |
| 14 | (Witness sworn.) |
| 15 | LEO STOLLER, WITNESS, SWORN |
| 16 | EXAMINATION |
| 17 | BY MR. FOGEL: |
| 18 | Q   Mr. Stoller, did you file a Chapter 13 |
| 19 | bankruptcy case on December 20th of 2005? |

Page 3

98                                                    EXHIBIT 11

Oct 19 Section 341 mtg.txt

20   A   Upon the advice of my attorney I'm taking
21 the Fifth Amendment to all questions that are being
22 asked.
23   Q   Mr. Stoller, I show you a declaration
24 regarding electronic filing. Is that your signature?
25   A   Upon the advice of my attorney I'm taking

4

1 the Fifth Amendment to all questions that are being
2 asked.
3           MR. GOLDING: The debtor will take the
4 Fifth Amendment as to any and all questions that are
5 presented other than for his name and address.
6           For the record, there -- any further
7 questions will be answered the same way. And that is
8 the result of certain statements that have been made
9 to counsel for the debtor in this case.
10 BY MR. FOGEL:
11   Q   Mr. Stoller, have you turned over to me any
12 and all recorded information including books,
13 documents, records and papers that you have relating
14 to property of the estate?
15   A   I decline to answer that question on the
16 grounds of the Fifth Amendment.
17           MR. FOGEL: Mr. Golding, have you

Page 4

**99**

EXHIBIT 11

Oct 19 Section 341 mtg.txt

18 discussed with your client the fact that under
19 Section 521(4) of the Bankruptcy Code the debtor
20 shall provide the items I just requested information
21 about whether or not immunity is granted under
22 Section 344?
23          MR. GOLDING:  Yes.
24          MR. FOGEL:  And he is still not going
25 to answer the question?

                                                5

1           MR. GOLDING:  He's not going to answer
2 the question.  He may provide the information, but
3 he's not going to answer the question.
4 BY MR. FOGEL:
5    Q   Mr. Stoller, do you have any recorded
6 information including books, documents, records and
7 papers?
8    A   I'm going to decline to answer the question
9 on the grounds of the Fifth Amendment.
10   Q   Mr. Stoller, on your schedules you
11 indicated that you were a shareholder and in other
12 documents you have indicated you were an officer of
13 certain corporate entities.  Do you have any
14 corporate records regarding any of those entities?
15   A   I'm going to decline to answer that

100                                        EXHIBIT 11

Oct 19 Section 341 mtg.txt

16 question on the advice of counsel based on my Fifth
17 Amendment rights.
18            MR. FOGEL:  Mr. Golding, have you
19 discussed the case of Braswell versus the United
20 States --
21            MR. GOLDING:  I have not.
22            MR. FOGEL:  -- with your client?
23            MR. GOLDING:  I have not.
24            MR. FOGEL:  In case you have
25 forgotten, the cite is 487 U.S. 99, in which an

                                                        6

1 individual who has corporate records must produce,
2 cannot resist a subpoena on the ground that the act
3 of production would be incriminating.
4            MR. GOLDING:  Did you subpoena any
5 documents?
6            MR. FOGEL:  I don't have to because
7 the debtor has a duty under 521 to produce the
8 documents.
9            MR. GOLDING:  Well --
10            MR. FOGEL:  I'm just bringing this to
11 your attention, sir.
12            MR. GOLDING:  You're citing a case and
13 telling me it provides that pursuant to a subpoena.

Page 6

101

EXHIBIT 1

Oct 19 Section 341 mtg.txt

14  You didn't subpoena him, so I'm not sure if there's a
15  relevance to the case.
16             MR. FOGEL:  You're probably right.
17             MR. GOLDING:  But do you want to give
18  me the cite again?
19             MR. FOGEL:  No.  I will give it to you
20  later.
21  BY MR. FOGEL:
22      Q    Mr. Stoller, what domain names do you own?
23      A    I'm going to decline to answer that
24  question on the advice of counsel and my Fifth
25  Amendment rights.

                                                        7

1       Q    Mr. Stoller, do you have any licenses with
2   any entities by the names either Epsco (phonetic)
3   Lindy-Little Joe, Jas. D. Easton, Inc., MD
4   Manufacturing, Inc.?
5       A    I'm going to decline to answer that
6   question on my Fifth Amendment rights and upon the
7   advice of counsel.
8       Q    Mr. Stoller, do you own any real estate?
9       A    I decline to answer that question on my
10  Fifth Amendment rights.
11      Q    Mr. Stoller, when you filed your bankruptcy

EXHIBIT 1

Oct 19 Section 341 mtg.txt

12  petition in December of '05, you indicated a bank
13  account at Bank of America.  Do you know the account
14  number?
15     A   I'm going to decline to answer that
16  question on my Fifth Amendment rights.
17     Q   Mr. Stoller, in your schedules you have
18  identified five corporate entities that you claim to
19  be the sole shareholder of.  Do you have proof of
20  ownership of any of those companies?
21     A   I'm going to decline to answer that
22  question on my Fifth Amendment rights.
23     Q   Mr. Stoller, you have indicated that you
24  had trademarks worth $36,000 on the day you filed
25  your bankruptcy case.  Do you have any documentation

                                                      8

1   relating to those trademarks?
2      A   I decline to answer that question on my
3   Fifth Amendment rights.
4              MR. GOLDING:  You know, there really
5   is no need to continue to ask all the questions.  He
6   will answer it the same way.  We will stipulate that
7   you will ask all the questions and that he will
8   answer by exercising his Fifth Amendment rights to
9   any and all questions other than his name and

Page 8

Oct 19 Section 341 mtg.txt

10  address.

11            He's doing so because it has been
12  suggested that this matter would be referred to the
13  United States Attorney's office by the trustee.  So
14  there is really no need for us to go through the sham
15  of having to actually ask each question and not -- we
16  will stipulate that you will ask all the questions
17  and that the debtor will respond accordingly.

18            MR. FOGEL:  I expected that you would
19  say that, sir, but not all of the questions that I am
20  asking have answers that might lead to incriminating
21  statements.  And, therefore, you cannot take a
22  blanket assertion of the Fifth Amendment.  You must
23  assert it in response to every question I ask, and
24  then we can later determine which are proper
25  assertions and which are improper assertions, if any

                                                        9

1  of them are improper.
2            I'm sorry, I've been instructed to do
3  it the way I'm doing it.
4            MR. GOLDING:  Okay.
5            MR. FOGEL:  I appreciate that.  Thank
6  you.
7  BY MR. FOGEL:

Page 9

103

EXHIBIT 11

Oct 19 Section 341 mtg.txt

```
 8      Q    Mr. Stoller, how many bank accounts besides
 9   Bank of America do you have?
10      A    I decline to answer that question on the
11   grounds of my Fifth Amendment rights.
12      Q    Have you made any payments to legal counsel
13   since your Chapter 13 case was filed?
14      A    I'm going to decline to answer that
15   question on the grounds of my Fifth Amendment rights.
16      Q    Did you receive $20,000 from your
17   soon-to-be ex-wife's estate in connection with
18   payment of legal fees?
19      A    I'm going to decline to answer that
20   question on the grounds of my Fifth Amendment rights.
21      Q    Do you have any credit cards?
22      A    I'm going to decline to answer that
23   question based on the grounds of my Fifth Amendment
24   rights.
25      Q    Where are you currently living?
                                                      10

 1      A    My address is 7815 Westwood Drive.
 2      Q    In Chicago, Illinois?
 3      A    Elmwood Park.
 4      Q    Is that a house or an apartment?
 5      A    House.
```

Page 10

104

EXHIBIT 11

Oct 19 Section 341 mtg.txt

6   Q   Do you have any ownership interest in it?
7   A   No.
8   Q   Who does?
9   A   My wife.
10  Q   What's your wife's name?
11  A   Nancy Reich, R-e-i-c-h.
12  Q   Have you received any income from any
13  advertisers on the Rentamark web site in the last six
14  months?
15  A   I'm going to decline to answer that
16  question on the grounds of my Fifth Amendment rights.
17  Q   Have you sold any address lists to any
18  third parties since the commencement of your
19  bankruptcy case?
20  A   I decline to answer that question on the
21  grounds of my Fifth Amendment rights.
22  Q   Have you ever owned or operated a business
23  that provided goods or services to any clients,
24  customers or third parties?
25  A   I decline to answer that question on the

11

1   grounds of my Fifth Amendment rights.
2   Q   Do you have any employees?
3   A   I decline to answer that question on the

Page 11

EXHIBIT 1

Oct 19 Section 341 mtg.txt

4  grounds of my Fifth Amendment rights.

5     Q    What's your current source of income?

6     A    I'm going to decline to answer that
7  question on the grounds of my Fifth Amendment rights.

8     Q    Where are the computers that you used to
9  use when you were in business on Belmont?

10    A    I decline to answer that question on the
11 grounds of my Fifth Amendment rights.

12    Q    Where's the checkbook for the checking
13 account at First Security Bank in the name of Chemico
14 (phonetic) Manufacturing Company, Inc.

15    A    I have no idea.  I'm going to decline to
16 answer that question on the grounds of my Fifth
17 Amendment rights.

18    Q    What issues are you appealing from in the
19 Pure Fishing case before Judge Lindberg?

20    A    I'm going to decline to answer that
21 question on the grounds of my Fifth Amendment rights.

22    Q    When was the last time you were at 1212
23 North Lathrop Street?

24    A    I decline to answer that question on the
25 grounds of my Fifth Amendment rights.

                                                      12

1     Q    How did you feel last week when you found

Oct 19 Section 341 mtg.txt

2  out that I stopped the sale of that property?

3      A    I'm going to decline to answer on the

4  grounds of my Fifth Amendment rights.

5               MR. FOGEL:  Mr. Factor, do you have

6  any questions?

7               MR. FACTOR:  Yes.

8                    EXAMINATION

9  BY MR. FACTOR:

10     Q    Mr. Stoller, have you committed any

11 bankruptcy fraud in the last year?

12     A    I will decline to answer that question on

13 the grounds of my Fifth Amendment rights.

14     Q    Mr. Stoller, is the information in your

15 bankruptcy schedules accurate?

16     A    I'm going to decline to answer that

17 question on the grounds of my Fifth Amendment rights.

18     Q    Mr. Stoller, did you conceal your interest

19 in the 1212 North Lathrop property in River Forest?

20     A    I will decline to answer that question on

21 the grounds of my Fifth Amendment rights.

22     Q    Mr. Stoller, the information about income

23 that you reported in the bankruptcy schedules, is

24 that correct?

25     A    I'm going to decline to answer that

Page 13

107                                    EXHIBIT 11

Oct 19 Section 341 mtg.txt

13

1  question on the grounds of my Fifth Amendment rights.

2      Q    Mr. Stoller, have you disclosed all the

3  interests in properties that you held as of the date

4  you filed for Chapter 13?

5              MR. GOLDING:  The trustee asked that

6  question.  It's already been responded to by the

7  exercise of his Fifth Amendment rights.

8  BY MR. FACTOR:

9      Q    Mr. Stoller, is it accurate to say that you

10 engaged in trademark trafficking?

11     A    I'm going to decline to answer that

12 question on the grounds of my Fifth Amendment rights.

13     Q    Mr. Stoller, it's true, is it not, that you

14 do not have any interest in the Stealth trademark?

15     A    I'm going to decline to answer that

16 question on the grounds of my Fifth Amendment rights.

17     Q    Mr. Stoller, it's true, is it not, that no

18 company that you have an interest in has any rights

19 in the Stealth trademark?

20             MR. GOLDING:  I'm going to object to

21 the continuing line of questions that ask for legal

22 conclusions.  I'm letting it go, you know, a little

23 bit here, but all these questions are objectionable

Page 14

108

EXHIBIT 1J

Oct 19 Section 341 mtg.txt

24  anyhow; they require a legal conclusion.  The witness

25  is here and he would testify as to facts and not as

                                                            14

1   to legal conclusions.

2                Do you have any other questions?

3                MR. FACTOR:  You're instructing him

4   not to answer?

5                MR. GOLDING:  I am.

6   BY MR. FACTOR:

7       Q    Mr. Stoller, it is true, is it not, that

8   you have manufactured claims of ownership of

9   trademarks in order to extort money from businesses?

10      A    I'm going to decline to answer that

11  question on the grounds of my Fifth Amendment rights.

12               MR. FACTOR:  I have no other questions

13  at this time.

14               MR. GUCWA:  No questions.

15               MR. FOGEL:  Mr. Golding, before we

16  conclude for the day, have you discussed with the

17  debtor his obligations under Rule 1019 to file a

18  final report?

19               MR. GOLDING:  I have not, but I don't

20  know if Mr. Kaplan has.  But I will.

21               MR. FOGEL:  Mr. Kaplan has filed a

Page 15

109

EXHIBIT 11

Oct 19 Section 341 mtg.txt

22  motion to withdraw is my understanding.

23              MR. GOLDING:  I'm aware of that, but I
24  don't know if --

25              MR. FOGEL:  Are you planning to file a

                                                    15

1  motion to withdraw as well or are you planning to

2  represent the debtor?

3              MR. GOLDING:  It's under
4  consideration.

5              MR. FOGEL:  I will continue the
6  meeting today for four weeks.  I don't know if anyone
7  has a calendar.

8              MR. GOLDING:  I do.

9              MR. FOGEL:  I will continue the
10 meeting to November 17th at 1:00 o'clock to see how
11 certain other matters play out in connection with
12 this case.

13             Please get me a copy of his photo I.D.
14 and proof of his social security number at your
15 convenience.

16             Please file the report under
17 1019(5)(b) at your earliest convenience.  Thank you
18 for attending.

19             MR. GOLDING:  Thank you, Mr. Fogel.

Page 16

EXHIBIT 1

```
                 Oct 19 Section 341 mtg.txt
    20              (Which were all the proceedings had in
    21              the above-entitled cause, October 20,
    22              2006, 1:00 p.m.)
    23  I, JACKLEEN DE FINI, CSR, RPR, DO HEREBY
        CERTIFY THAT THE FOREGOING IS A TRUE AND
    24  ACCURATE TRANSCRIPT OF THE AUDIO TAPED
        PROCEEDINGS HAD IN THE ABOVE- ENTITLED CAUSE.
    25
```

111            EXHIBIT 11