**EXHIBIT 13**

Dockets.Justia.com

AE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Central Mfg. Co., et al.

               Plaintiff,

v.                                Case No.: 1:05-CV-00725

                                Honorable George W. Lindberg

Pure Fishing, Inc., et al.

               Defendant

### ~~PROPOSED~~ FINAL JUDGMENT

Having considered Defs.' Motion to Lift Stay and Enter Final Judgment, the Court hereby enters this final judgment in accordance with Fed. R. Civ. P. 54, 55(b), and 58.

IT IS ORDERED that final judgment is hereby entered in favor of Defendants / Counter-Plaintiffs on counterclaims I-IV against Central Mfg. Co., Leo Stoller  an individual  doing business as Central Mfg. Co. doing business as S. Industries Inc. doing business as Terminator doing business as Stealth doing business as Rentamark doing business as Rentamark.Com doing business as Stealth Sports and Marine doing business as Association Network Management doing business as USA Sports Co. Inc. doing business as Stealth Industries, Inc. doing business as Central Mfg Inc. doing business as S Industries doing business as Sentra Industries Inc.

IT IS FURTHER ORDERED that this case is "exceptional" under 15 U.S.C. § 1117(a). Counter-Defendants  are  jointly  and  severally  responsible,  and  shall  pay  the Defendants'/Counter-Plaintiffs' costs, charges and disbursements, including a reasonable attorneys' fees, incurred in this action. Defendants / Counter-Plaintiffs shall file the information required by Fed. R. Civ. P. 54(d)(2) in support of its fee award within fourteen (14) days after the date of this Order.  Defendants / Counter-Plaintiffs shall file a bill of costs and disbursements on the form provided by the clerk pursuant to Fed. R. Civ. P. 54(d), no later than ten (10) days after the date of this Order.

EXHIBIT

IT IS FURTHER ORDERED that US Trademark Registration No. 1,766,806 and the STEALTH mark for fishing bobbers are lapsed, invalid, abandoned, unenforceable, and forfeit under federal and common laws.

IT IS FURTHER ORDERED that US Trademark Registration No. 1,766,806 and each of the "Stealth" trademark registrations listed in the Complaint are canceled.

IT IS FURTHER ORDERED that there is no reasonable likelihood of confusion between Plaintiff's STEALTH marks and the SPIDERWIRE STEALTH mark as used by Defendants.

IT IS FURTHER ORDERED that Counter-Defendants, whether or not registered with the State of Illinois, are vexatious litigants and are barred from instituting any lawsuit or trademark opposition without prior leave of this Court pursuant to this Court's authority under the All Writs Act 28 U.S. C. § 1651(a).

IT IS FURTHER ORDERED that Counter-Defendants are liable for the judgment in *S Industries, Inc. v. Centra 2000, Inc.*, 1998 U.S. Dist. LEXIS 10649, 1998 WL 395161 (N.D. Ill. 1998) so as to allow execution of that judgment against such trademark registrations, goodwill, and associated license assets, including US trademark registration nos. 1,332,378 and 1,766,806 and all other trademark registrations at a value of $245 for each (sanctions of October 12, 2005 hearing) in partial satisfaction of that judgment.

IT IS FURTHER ORDERED that Counter-Defendants are enjoined from dissipating, transferring, assigning, liquidating, or otherwise removing the trademark assets of Plaintiffs and Counter-Defendants to another person or entity without prior notification and approval of this Court.

Dated: 10/4/06

Lindberg, J.
U.S. District Court Judge

EXHIBIT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Central Mfg. Co., *et al.*

               Plaintiff,

v.                                                              Case No.: 1:05-CV-00725
                                                                Honorable George W. Lindberg

Pure Fishing, Inc., *et al.*

               Defendant

### ~~PROPOSED~~ ORDER LIFTING STAY

    For the reasons expressed in Defs.' Motion to Lift Stay and Enter Final Judgment, the stay in this case is lifted.

Dated:

Lindberg, J.
U.S. District Court Judge

EXHIBIT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Central Mfg. Co., et al.

                   Plaintiff,

v.                                     Case No.:  1:05-CV-00725

                                     Honorable George W. Lindberg

Pure Fishing, Inc., et al.

                   Defendant

### ~~PROPOSED~~ ORDER

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this Court takes judicial

notice of the documents attached as Exhibits 1-6 to Defendant's Third Motion for Judicial Notice.

Dated: _Oct 4 2006_                                   (Lindberg, J.)

                                             U.S. District Court Judge

EXHIBIT 12