# EXHIBIT 15

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Appeal No: _____

In Re:                                )
                                      )
LEO STOLLER,                          )    Appeal from the U.S. Bankruptcy
                                      )    Court for the Northern District
                                      )    of Illinois, Eastern Division
                                      )    Case No: 05-B-64075
                                      )    Honorable Jack B. Schmetterer
                                      )

**AFFIDAVIT IN SUPPORT OF**
**PERMISSION TO APPEAL IN FORMA PAUPERIS**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. §1621.

1. I am presently going through a divorce, Case No: 05 D 007216. I do not live with any wife any longer. I am staying with relatives. I receive no income from my wife, and I am engaged in a protracted visitation and custody battle.

2. I have been self-employed for thirty years and my business and all of my assets have been consolidated by the Trustee in the Chapter 7 bankruptcy.

3. I have no cash on hand or in any bank.

4. I have no assets which have not been made part of the Chapter 7 bankruptcy proceeding.

5. No one owes me any money.

6. I have three children under the age of 18, who are in the custody of my estranged wife, and I have been unable to make any child support payments due to the divorce action and the Chapter 7 bankruptcy.

7. During the pendancy of my divorce and my Chapter 7 bankruptcy, I have been living with my relatives, and my relatives have allowed me to stay in their homes. Consequently, I have nominal expenses.

182                                                                 EXHIBIT

8. I do not expect any major changes in my financial situation for the next twelve months.

9. I have not paid any attorney any money for services in connection with this case, including completion of this affidavit.

10. I have not paid any one other than an attorney any money for services in connection with this case, including the completion of this affidavit.

11. My social security number is 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. My age is 60 years old.

_____
Leo Stoller
7115 W. North Avenue, #272
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: 12/2/06

183                              EXHIBIT 15

2

### Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to the following address:

Clerk of the Court
Court of Appeals
For the Seventh Circuit
219 N. Dearborn
Chicago, IL 60607

_____
Leo Stoller
Date: 12/21/06


### Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
Counsel for Trustee
Shaw, Gussis, Fishman, Glantx,
 Wolfson & Tow
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Timothy C. Meece
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago Illinois 60606

_____
Leo Stoller
Date: 11/2/06

C:\MARKS42\STOLL.AFD

184

EXHIBIT 5

3