**EXHIBIT 17**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JACK B. SCHMETTERER

Hearing Date: OCTOBER 31, 2006

Bankruptcy Case No.: 05 B 64075

Adversary No.:

Title of Case: Leo Stoller

Brief Statement of Motion: DEBTOR'S EMERGENCY MOTION TO FILE AN APPEAL

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED THAT:**

Debtor's emergency motion to file an appeal is denied without prejudice for the reasons stated from the bench.

ENTER:

JACK B. SCHMETTERER
United States Bankruptcy Judge

6/11/99

203

EXHIBIT