# EXHIBIT 18

UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

LEO STOLLER,

        Debtor.

Hon. Jack B. Schmetterer

Appeal from the U.S. District
Court for the Northern District,
Eastern Division
Case No. 05-B-64075

### DEBTOR'S RESPONSE TO MOTION OF TRUSTEE TO APPROVE AGREEMENT WITH GOOGLE, INC. TO MODIFY STAY AND COMPROMISE CERTAIN CLAIMS WITH CERTAIN OF THE DEBTOR'S WHOLLY-OWNED CORPORATIONS AND RELATED RELIEF

NOW COMES the Debtor in opposition to the Trustee's motion to approve an agreement with Google, Inc., and states as follows:

The Debtor opposes the Trustee's motion on the grounds that the Google case represents a substantial asset to the Debtor's estate. The Trustee's attempt to enter an agreement with Google, Inc. dismissing the petition to cancel the Google trademark at the Trademark Trial and Appeal Board and requesting abandonment of Central Mfg.'s intent to use application 78-905,472 without any consideration, represents an abuse of the Trustee's duty to the Debtor's estate. In the opinion of the Debtor, the Google case represents one of the largest assets of the Debtor's estate. Consequently, the Debtor is requesting that the Court deny the Trustee's motion to approve any agreement with Google, Inc.

Secondly, the Debtor has appealed the decision by this Court to convert to a Chapter 7 liquidation, and the granting of the Trustee's motion will prevent the Debtor from being made whole in the event that the Debtor's appeal is successful.

The third ground for this Court to deny the Trustee's motion is that Debtor has proffered a settlement proposal to the Trustee, Richard M. Fogel, and the Debtor's creditors. The Debtor is requesting that the Court deny Trustee's motion and/or any motion to approve any settlement.

EXHIBIT

WHEREFORE, the Debtor prays that the Court deny Trustee's Motion to Approve Agreement With Google, Inc. To Modify Stay and Compromise Certain Claims With Certain of The Debtor's Wholly Owned-Corporations and Related Relief.

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: December 4, 2006

### Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to the following address:

Clerk of the Court
United States Bankruptcy Court
219 S. Dearborn
Chicago, IL 60607

Leo Stoller
Date: December 4, 2006

### Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
Counsel for Trustee
*Shaw, Gussis, Fishman, Glantz,*
 *Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Michael Zeller
*Quinn, Emanuel, Urquhart,*
 *Oliver & Hedges, LLP.*
865 South Figueroa Street, 3rd Floor
Los Angeles, CA 90017

Leo Stoller
Date: December 4, 2006

C:\MARKS42\STOLLER7.DOC

205

EXHIBIT 10

2