**EXHIBIT 24**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3049 | **DATE** | 7/31/2006 |
| **CASE TITLE** | Central Mfg. Co., Stealth Indus., Inc. & Leo Stoller vs. George Brett & Brett Bros. Sports Int'l, Inc. | | |

**DOCKET ENTRY TEXT**

After reviewing Defendants' Fee Petition and the Parties' Joint Fee Statement, this Court hereby awards $76,525.00 in attorneys' fees and $6,041.08 in costs to Defendants.

■[ For further details see text below.]   Docketing to mail notices.

---

**STATEMENT**

In its September 30, 2005 Memorandum Opinion and Order [Doc. No. 96], this Court granted summary judgment on all claims and awarded attorneys' fees and costs to Defendants under the Lanham Act, 15 U.S.C. § 1117(a), and the Illinois Consumer Fraud and Deceptive Business Practices Act, 18 ILCS 505/10a(c). The parties have submitted a Local Rule 54.3(e) Joint Fee Statement [Doc. No. 125]. Plaintiffs disputed $2,625.00 in fees of Defendants' initial Fee Petition for $79,150.00. Plaintiffs do not dispute Defendants' Bill of Costs in the amount of $6,041.08. After meeting to confer, the parties agreed that fees should be awarded in the amount of $76,525.00. Plaintiffs have appealed the judgment and fee award entered in this matter. After reviewing Defendants' Fee Petition and the Parties' Joint Fee Statement, this Court hereby awards $76,525.00 in attorneys' fees and $6,041.08 in costs to Defendants.

ENTER:

/s/ David H. Coar
United States District Judge

| | Courtroom Deputy Initials: | mvf/lc |
|---|---|---|

04C3049 Central Mfg. Co., Stealth Indus., Inc. & Leo Stoller vs. George Brett & Brett Bros. Sports Int'l, Inc.    Page 1 of 1

286



EXHIBIT 24