# EXHIBIT 25

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA118910**

Filing date: 01/10/2007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92045778 |
|---|---|
| Party | Plaintiff<br>CENTRAL MFG. CO. (INC.)<br>CENTRAL MFG. CO. (INC.)<br><br>, |
| Correspondence Address | LEO STOLLER<br>CENTRAL MFG. CO. TRADEMARK & LICENSING DEPT.<br>7115 W. NORTH AVE., #272<br>OAK PARK, IL 60302<br>UNITED STATES |
| Submission | Reply in Support of Motion |
| Filer's Name | Leo Stoller |
| Filer's e-mail | ldms4@hotmail.com |
| Signature | /Leo Stoller/ |
| Date | 01/10/2007 |
| Attachments | googlereply9_10.pdf ( 3 pages )(10838 bytes ) |

287

**EXHIBIT 25**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

---

CENTRAL MFG. CO. (INC.)
(Delaware Corporation),

    Petitioner,

vs.                            Cancellation No. 92045778

GOOGLE, INC.,

    Respondent.

---

### REPLY TO GOOGLE INC.'S RESPONSE TO NON-PARTY LEO STOLLER'S PURPORTED OPPOSITION TO AGREED DISMISSAL OF PETITION FOR CANCELLATION

NOW COMES Leo Stoller, President of Central Mfg. Co., Inc., and states as follows:

Respondent argues that Leo Stoller is a non-party because he happens to be in Chapter 7 bankruptcy. Leo Stoller has filed an Appeal of the conversion of the Chapter 13 to a Chapter 7. That Appeal is pending. Leo Stoller has filed an Appeal of the Order directing Richard Fogel to be Trustee of Leo Stoller's Estate. Leo Stoller has filed a motion requesting the removal of the Trustee of Leo Stoller's Estate, Richard Fogel. All of Leo Stoller's motions are pending.

Consequently, the Board should not grant Google's purported agreed dismissal of petition for cancellation pending the resolution of Stoller's appeals. Secondly, on January 4, 2007, Judge Schmetterer in Case No. 05-B-64075, entered an order from the bench ordering Google to respond to Stoller's motion

EXHIBIT 25

for summary judgment which is pending at the Trademark Trial & Appeal Board. Google's attorney, Michael Zeller, was present and concealed from this Board the fact that Judge Schmetterer gave Google the go ahead to respond to Stoller's motion for summary judgment at the TTAB. Stoller has ordered a copy of the transcript and agrees to submit it to the Board when it becomes available.

WHEREFORE, Stoller prays that the Board order Google to respond to Stoller's motion for summary judgment. In the alternative, to maintain the suspension in this proceeding, pending Stoller's appeals.

.

                          RESPECTFULLY SUBMITTED,

                          _____

                          /Leo Stoller/
                          Leo Stoller, President
                          CENTRAL MFG. CO., INC., Petitioner
                          7115 W. North Avenue #272
                          Oak Park, Illinois 60302
                          (773) 589-0340

Date: January 10, 2007

**Certificate of On-Line Filing**

I hereby certify that on January 10, 2007, this paper is being filed online in this case with the Trademark Trial and Appeal Board.

_____
/Leo Stoller/

**Certificate of Service**

I hereby certify that on January 10, 2007 a copy of the foregoing was sent by First Class mail with the U.S. Postal Service in an envelope addressed to:

Michael T. Zeller
*Quinn, Emmanuel, Urquhart,*
 *Oliver & Hedges, LLP.*
865 S. Figueroa Street, 10th Floor
Los Angeles Ca 90017

_____
Leo Stoller
Date:  January 10, 2007