# EXHIBIT 26

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA119167**
Filing date: 01/11/2007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92045778 |
|---|---|
| Party | Plaintiff<br>CENTRAL MFG. CO. (INC.)<br>CENTRAL MFG. CO. (INC.)<br><br>, |
| Correspondence Address | LEO STOLLER<br>CENTRAL MFG. CO. TRADEMARK &amp; LICENSING DEPT.<br>7115 W. NORTH AVE., #272<br>OAK PARK, IL 60302<br>UNITED STATES |
| Submission | Other Motions/Papers |
| Filer's Name | Leo Stoller |
| Filer's e-mail | ldms4@hotmail.com |
| Signature | /Leo Stoller/ |
| Date | 01/11/2007 |
| Attachments | noticeof2bankruptcyfraudcompalint.pdf ( 4 pages )(13387 bytes ) |

291    EXHIBIT 26

# U.S. DEPARTMENT OF JUSTICE
## Northern District of Illinois

| | |
|---|---|
| In Re. )<br>   Lance Johnson Esq. )<br>   William J. Factor Esq. )<br>   Sara E. Lorber Esq. )<br>   Michael Zeller Esq. )<br>      Et al )<br>         Respondents )<br>                     ) | Complaint No._____ |

Patrick J. Fitsgerald U.S. Attorney
Att: Mr. David Gloekner, Criminal Chief
Of the U.S. Attorney's Office
Served. January 07, 2007
USTP.Bankruptcy.Fraud@usdoj.gov
Criminal.division@usdoj.gov

### AMENDED BANKRUPTCY FRAUD COMPLAINT UNDER TITLE 18 U.S.C. §152 & § 3571

NOW COMES, Leo Stoller, Complainant, who alleges that Lance Johnson Esq., William J. Factor, Esq., and Sara E. Lorber Esq., et al allegedly conspired together in order to engaged in Federal Bankruptcy fraud scheme in order to swindle, Leo Stoller, a debtor in Case No. 05 B 64075 out of $2,000,000 (2 million dollars) in fraudulent bankruptcy claims against Stoller estate, his famous trademark portfolio and trademark licenses. David Gloekner, Criminal Chief of the U.S. Attorney's Office, stated, "Bankruptcy laws enable individuals in obtaining a fresh start financially". Attorneys who use the bankruptcy system to defraud Debtors expose themselves to criminal prosecution. Mr. William T. Neary, United States Trustee said, "...abuse of the nation's bankruptcy laws will not be tolerated." The complaint evidences a massive abuse of the nation's bankruptcy laws by a number of well known bankruptcy lawyers against a pro se, debtor.

### PARTIES

Leo Stoller, the complainant, filed a Chapter 13 Bankruptcy, which was converted to a Chapter 7 on August 31, 2006. Case No. 05 B 64075, Leo Stoller holds rights to a large portfolio of famous trademark (Intellectual Property) that Pure Fishing Co wants to take away:
Leo Stoller, Complainant
7115 West North Avenue. #272
Oak Park, Illinois 60302
312-545-4554
ldms4@hotmail.com/

292

EXHIBIT 2C

## RESPONDENTS et al

Attorneys for Pure Fishing Inc.
WILLIAM J. FACTOR Esq. (6205675)
Sara E. Lorber Esq. (6229740)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
312 460-5000
312 460-7000 FAX
wfactor@seyfarth.com
slorber@seyfarth.com

Attorneys for Pure Fishing Inc.
Lance G. Johnson Esq.
Roylance, Abrams, Berdo
& Goodman, L.L.P.
1300 19th Street, N.W. Suite 600
Washington, D.C. 2006
202-659-9076
202-659-9344 FAX
ljohnson@roylance.com/

Michael T. Zeller
Quinn, Emmanuel, Urquhart,
 Oliver & Hedges, LLP.
865 South Aifueroa Street, 10th Floor
Los Angeles Ca  90017

Et al.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

---

CENTRAL MFG. CO. ( INC.),
(a Delaware Corporation)

        Opposer/Petitioner,        Opposition No: 91170256

vs.

                              Cancellation No: 92045778

GOOGLE, INC.,

        Applicant/Respondent.

---

## NOTICE OF FILING A BANKRUPTCY FRAUD COMPLAINT AGAINST MICHAEL ZELLER, LANCE JOHNSON, WILLIAM FACTOR ET

LEO STOLLER hereby notifies the Board that Leo Stoller has filed a bankruptcy fraud complaint against the following respondents, **Michael Zeller, Lance Johnson, William Factor** et al., with the United States Justice Department Criminal Division on January 8, 2007 in Chicago Illinois and with the U.S. Department of Justice Department in Washington D.C. The fact that Stoller has filed a bankruptcy fraud complaint against the said respondents see Exh. 1. The said bankruptcy fraud complaint is not evidence and does not mean that they are guilty of bankruptcy fraud. Under the law they are innocent until proven guilty beyond a reasonable doubt.

                                              RESPECTFULLY SUBMITTED,

                                              /Leo Stoller/
                                              Leo Stoller, President
                                              CENTRAL MFG. CO., Oppose/Petitioner
                                              7115 W. North Avenue #272
                                              Oak Park, Illinois 60302
                                              (773) 589-0340

Date: January 11, 2007

### Certificate of On-Line Filing

I hereby certify that on January 11, 2007, this paper is being filed online in this case with the Trademark Trial and Appeal Board.

_____
/Leo Stoller/

### Certificate of Service

I hereby certify that on January 11, 2007 a copy of the foregoing was sent by First Class mail with the U.S. Postal Service in an envelope addressed to:

Michael T. Zeller
Quinn, Emmanuel, Urquhart,
 Oliver & Hedges, LLP.
865 South Aifueroa Street, 10th Floor
Los Angeles Ca  90017

_____
Leo Stoller
Date:  January 11, 2007

2

295

EXHIBIT 2