# EXHIBIT 28

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov
ESTTA Tracking number: **ESTTA123509**
Filing date: **02/06/2007**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92045778 |
|---|---|
| Party | Plaintiff<br>CENTRAL MFG. CO. (INC.)<br>CENTRAL MFG. CO. (INC.)<br><br>, |
| Correspondence Address | LEO STOLLER<br>CENTRAL MFG. CO. TRADEMARK &amp; LICENSING DEPT.<br>7115 W. NORTH AVE., #272<br>OAK PARK, IL 60302<br>UNITED STATES |
| Submission | Reply in Support of Motion |
| Filer's Name | Leo Stoller |
| Filer's e-mail | ldms4@hotmail.com |
| Signature | /Leo Stoller/ |
| Date | 02/06/2007 |
| Attachments | googlereply2_06.pdf ( 3 pages )(11366 bytes ) |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

CENTRAL MFG. CO. (INC.)
(Delaware Corporation),

      Petitioner,

vs.                        Cancellation No. 92045778

GOOGLE, INC.,

      Respondent.

### REPLY TO GOOGLE INC.'S OBJECTION AND RESPONSE TO NON-PARTY LEO STOLLER'S PURPORTED FILINGS OF FEBRUARY 6, 2007, JANUARY 11, 2007 AND JANUARY 19, 2007 RE: AGREED DISMISSAL OF PETITION FOR CANCELLATION

NOW COMES Leo Stoller, President of Central Mfg. Co., Inc., and states as follows:

Respondent's response to Stoller's filings of January 10, January 11, and January 19, 2007, is inappropriate, misleading and violates the Trademark Trial and Appeal Board Rules of Professional Conduct. Mr. Zeller, attorney for the Respondent, hid and concealed from the Board, what transpired in Judge Schmetterer's Courtroom on January 18, 2007. Mr. Zeller was not present, but counsel for Google was present. Leo Stoller asked Judge Schmetterer in open court to modify his order because Judge Schmetterer had previously indicated in the hearing before January 18th, that Google should answer its motion for summary judgment which pends before the Trademark Trial & Appeal Board. At

the request of Leo Stoller on January 18th, Judge Schmetterer provided that Google respond to the Trademark Trial & Appeal Board motion for summary judgment, and Judge Schmetterer made a hand-written notation in the January 18th order which has the Trademark Trial & Appeal Board mentioned. Google was instructed to take necessary or appropriate actions in connection therewith in this Court or in the Trademark Trial and Appeal Board or both.

If the Petitioner is wrong in its interpretation of Judge Schmetterer's Order, why has Google's counsel not gone before Judge Schmetterer for clarification? The answer is simple; Google's counsel, Mr. Zeller, does not want clarification because he is well aware from the previous appearance when he was present before Judge Schmetterer that Google was ordered to respond to the motion for summary judgment that pends before the Trademark Trial and Appeal Board.

                                        RESPECTFULLY SUBMITTED,

                                        _____

                                        /Leo Stoller/
                                        Leo Stoller, President
                                        CENTRAL MFG. CO., INC., Petitioner
                                        7115 W. North Avenue #272
                                        Oak Park, Illinois 60302
                                        (773) 589-0340

Date: February 6, 2007

### Certificate of On-Line Filing

I hereby certify that on February 6, 2007, this paper is being filed online in this case with the Trademark Trial and Appeal Board.

_____
/Leo Stoller/

### Certificate of Service

I hereby certify that on February 6, 2007 a copy of the foregoing was sent by First Class mail with the U.S. Postal Service in an envelope addressed to:

Michael T. Zeller
*Quinn, Emmanuel, Urquhart,*
 *Oliver & Hedges, LLP.*
865 S. Figueroa Street, 10th Floor
Los Angeles Ca 90017

_____
Leo Stoller
Date: February 6, 2007