# EXHIBIT 29

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA124015** |
|---|---|
| Filing date: | **02/08/2007** |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92045778 |
|---|---|
| Party | Plaintiff<br>CENTRAL MFG. CO. (INC.)<br>CENTRAL MFG. CO. (INC.)<br><br>, |
| Correspondence Address | LEO STOLLER<br>CENTRAL MFG. CO. TRADEMARK &amp; LICENSING DEPT.<br>7115 W. NORTH AVE., #272<br>OAK PARK, IL 60302<br>UNITED STATES |
| Submission | Other Motions/Papers |
| Filer's Name | Leo Stoller |
| Filer's e-mail | ldms4@hotmail.com |
| Signature | /Leo Stoller/ |
| Date | 02/08/2007 |
| Attachments | googlenotice2_08.pdf ( 2 pages )(11445 bytes )<br>GooglevCentralTRANSCRIPTpdf.pdf ( 13 pages )(258141 bytes ) |

EXHIBIT 29

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

CENTRAL MFG. CO. (INC.)
(Delaware Corporation),

    Petitioner,

vs.

GOOGLE, INC.,

    Respondent.

Cancellation No. 92045778

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Michael Zeller, attorney for Google, Inc. has made numerous misrepresentations of material fact and/or law to the Board regarding the fact that the Google Petition to Cancel has been resolved and should be dismissed because of an agreement between the parties. This is a false and misleading statement which Leo Stoller has an obligation under the law to call to the attention of the Board.

Leo Stoller attaches an Order dated February 5, 2007, by the Honorable Virginia M. Kendall in the *Google v. Central* District Court case where Leo Stoller has pending a motion to suspend, pending the TTAB's decision on the motion for summary judgment at the Board. In other words, the Board has the authority to decide Stoller's pending motion for summary judgment. See attached notice of docket entry and transcript of the February 5, 2007 hearing.

RESPECTFULLY SUBMITTED,

_____

/Leo Stoller/
Leo Stoller, President
CENTRAL MFG. CO., INC., Petitioner
7115 W. North Avenue #272
Oak Park, Illinois 60302
(773) 589-0340

Date: February 8, 2007

### Certificate of On-Line Filing

I hereby certify that on February 8, 2007, this paper is being filed online in this case with the Trademark Trial and Appeal Board.

_____

/Leo Stoller/

### Certificate of Service

I hereby certify that on _____, 2007 a copy of the foregoingwas sent by First Class mail with the U.S. Postal Service in an envelope addressed to:

Michael T. Zeller
*Quinn, Emmanuel, Urquhart,*
*Oliver & Hedges, LLP.*
865 S. Figueroa Street, 10th Floor
Los Angeles Ca  90017

_____
Leo Stoller
Date: _____, 2007

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Google Inc, et al,

                      Plaintiff,

v.                                  Case No.: 1:07−cv−00385
                                           Honorable Virginia M. Kendall

Central Mfg. Inc., et al.,

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2007:

    MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. Motion to interplead [8]; Motion to suspend pending the Appeal to Lift the automatic stay for Google to sue the debtor Leo Stoller [9]; Motion to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment [10]; and Motion to suspend [11] are entered and continued to 2/20/2007 at 9:00 AM. Responses due by 2/12/2007. No replies are necessary.Mailed notice(gmr, )

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

```
                                                                    1
09:25:59  1
       2            UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
       3                 EASTERN DIVISION

       4  GOOGLE, INC.,                Case No. 1:07-cv-385

       5      Plaintiff,               Chicago, Illinois
                                       February 5, 2007
       6      v.                       Motion Hearing

       7  CENTRAL MANUFACTURING, INC.,
          et al.,
       8
              Defendants.
       9  ---------------------------

      10           TRANSCRIPT OF MOTION HEARING
            BEFORE THE HONORABLE VIRGINIA M. KENDALL
      11           UNITED STATES DISTRICT JUDGE

      12  APPEARANCES:

      13  For the Plaintiff:   Barack, Ferrazzano, Kirschbaum,
                               Perlman & Nagelberg
      14                       By: Annaliese F. Fleming
                               333 W. Wacker Dr., Ste. 2700
      15                       Chicago, IL 60606
                               (312) 984-3100
      16
          Also Present:
      17  Chapter 7 Trustee,   Shaw, Gussis, Fishman, Glantz,
          Richard M. Fogel     Wolfson & Towbin, LLC
      18                       By: Janice A. Alwin
                               321 N. Clark St., Ste. 800
      19                       Chicago, IL 60610
                               (312) 541-0151
      20
                               Leo Stoller
      21                       7115 W. North Avenue
                               Oak Park, IL 60604
      22                       (312) 545-4554

      23  Court Reporter:      April M. Metzler, RPR, CRR
                               219 South Dearborn St., Rm. 2318-A
      24                       Chicago, IL 60604
                               (312) 408-5154
      25  Proceedings recorded by mechanical stenography;
          transcript produced by notereading.
```

```
09:26:02   1                (Commenced at 9:26 a.m.)
09:26:02   2                THE CLERK: 07C0385, Google versus Central
09:26:00   3    Manufacturing, motion hearing.
09:26:11   4                MR. STOLLER: Good morning, Judge. Leo
09:26:13   5    Stoller, pro se, on behalf of the defendants.
09:26:15   6                THE COURT: Good morning.
09:26:16   7                MS. FLEMING: Good morning, Judge.
09:26:17   8    Annaliese Fleming on behalf of Google.
09:26:19   9                THE COURT: Good morning.
09:26:20  10                MS. ALWIN: Good morning, your Honor.
09:26:21  11    Janice Alwin, A-l-w-i-n, on behalf of Rick Fogel,
09:26:26  12    Chapter 7 trustee and the bankruptcy estate of Leo
09:26:30  13    Stoller.
09:26:30  14                THE COURT: Good morning.
09:26:31  15                Mr. Stoller, first of all, you can't be on
09:26:32  16    behalf of the defendants, because you're an individual
09:26:36  17    and you haven't been served, which means you don't have
09:26:39  18    standing at this point.
09:26:40  19                But let me just ask some questions about
09:26:43  20    your motion to interplead, your motion to suspend, your
09:26:47  21    motion to suspend pending the appeal, which is your
09:26:51  22    appeal to lift the stay that was entered. Right.
09:26:55  23    You're appealing the lifting of the stay --
09:26:57  24                MR. STOLLER: Yes, Judge.
09:26:58  25                THE COURT: -- by the bankruptcy court, and
```

EXHIBIT 26

```
09:26:59   1   then your motion to suspend pending the trademark trial.
09:27:03   2              So let me ask first the trustee, because you
09:27:06   3   can fill me in on the status of the bankruptcy.
09:27:08   4              MS. ALWIN:  Chapter 7 bankruptcy is
09:27:10   5   proceeding, your Honor.  There have been attempts to
09:27:13   6   enter into settlements with Mr. Stoller to resolve his
09:27:16   7   bankruptcy matter.  But the fact of the matter right now
09:27:20   8   is that Mr. Fogel, the trustee, stands in the shoes of
09:27:24   9   Mr. Stoller with respect to his ownership of stock of
09:27:29  10   Central Manufacturing.
09:27:32  11              Mr. Fogel has accepted service of this
09:27:36  12   complaint and has previously entered into a settlement
09:27:39  13   agreement with Google.  I understand that Google will be
09:27:43  14   filing a motion to enter certain orders that we had
09:27:46  15   agreed to as part of our settlement --
09:27:48  16              THE COURT:  So Mr. Fogel is whom?  He's
09:27:50  17   standing in as the trustee?
09:27:52  18              MS. ALWIN:  He is the appointed Chapter 7
09:27:53  19   trustee --
09:27:54  20              THE COURT:  Okay.
09:27:56  21              MS. ALWIN:  -- with respect to Mr. Stoller's
09:27:57  22   bankruptcy.
09:27:57  23              THE COURT:  Okay.
09:27:58  24              MS. ALWIN:  I understand this complaint does
09:27:59  25   not address Mr. Stoller at all.
```

312

4

| | | |
|---|---|---|
| 09:28:01 | 1 | THE COURT: Right. |
| 09:28:01 | 2 | MS. ALWIN: It addresses only the entities |
| 09:28:04 | 3 | and my client -- |
| 09:28:04 | 4 | THE COURT: Right. |
| 09:28:05 | 5 | MS. ALWIN: -- Mr. Fogel owns the stock of |
| 09:28:08 | 6 | those entities -- |
| 09:28:08 | 7 | THE COURT: Okay. |
| 09:28:09 | 8 | MS. ALWIN: -- and he's the trustee. |
| 09:28:10 | 9 | MR. STOLLER: Your Honor -- |
| 09:28:10 | 10 | THE COURT: No, not yet, Mr. Stoller. Hold |
| 09:28:13 | 11 | on. |
| 09:28:13 | 12 | MS. FLEMING: Your Honor, next week we're |
| 09:28:15 | 13 | planning to bring a motion for entry of the final |
| 09:28:18 | 14 | judgment and permanent injunction, which is part of the |
| 09:28:21 | 15 | settlement that we've entered into with the trustee. |
| 09:28:23 | 16 | My suggestion is that we set over these |
| 09:28:27 | 17 | motions until next week when we can present our motion |
| 09:28:31 | 18 | and sort of resolve them all at once. Because if you |
| 09:28:34 | 19 | grant our motion, that's going to moot these motions, |
| 09:28:37 | 20 | and we won't -- |
| 09:28:38 | 21 | THE COURT: Well, what is the trustee's |
| 09:28:40 | 22 | position and your position regarding Mr. Stoller's |
| 09:28:43 | 23 | standing here today in -- well, seeking to interplead as |
| 09:28:48 | 24 | a necessary party on behalf of various entities? |
| 09:28:52 | 25 | MS. ALWIN: He has no such standing, your |

313

EXHIBIT 29

```
09:28:52   1  Honor.
09:28:54   2              MS. FLEMING:  And we're in agreement with
09:28:55   3  that, and we oppose all of the motions that have been
09:28:57   4  brought.  If necessary, we'll file responses in writing.
09:28:59   5              THE COURT:  Okay.
09:29:00   6              MS. ALWIN:  The bankruptcy judge did enter
09:29:02   7  an order providing the trustee has authority to act on
09:29:05   8  behalf these entities.  I understand that there may be
09:29:09   9  one of many orders that Mr. Stoller has appealed, but
09:29:12  10  that order -- or that appeal is still pending, so that
09:29:15  11  order is binding.
09:29:17  12              THE COURT:  And the status of an appeal --
09:29:19  13  or the impact of an appeal for the lifting of a stay,
09:29:24  14  does that -- does that divest me of jurisdiction, do you
09:29:28  15  know?
09:29:28  16              MS. ALWIN:  It would be my position that it
09:29:30  17  would not, your Honor.  The appeals that are proceeding
09:29:34  18  there are, I believe, four appeals of multiple orders,
09:29:38  19  so they're bundled appeals, an appeal of, I think, five
09:29:42  20  orders at one point.  We believe all the appeals are
09:29:45  21  improper.  In fact, District Court Judge Hibbler has
09:29:50  22  admonished Mr. Stoller for filing such appeals and has
09:29:53  23  asked that he not file any further appeals.  Judge
09:29:57  24  Schmetterer, the bankruptcy judge, has also admonished
09:30:00  25  Mr. Stoller and indicated that he should mind the
```

| | | |
|---|---|---|
| 09:30:03 | 1 | procedural rules in both courts. |
| 09:30:07 | 2 | We believe that Google is proceeding as |
| 09:30:08 | 3 | agreed as part of the settlement that we've been -- |
| 09:30:11 | 4 | entered into and that the bankruptcy court has |
| 09:30:13 | 5 | approved -- |
| 09:30:14 | 6 | THE COURT: Okay. |
| 09:30:15 | 7 | MS. ALWIN: -- so all motions, we believe, |
| 09:30:16 | 8 | are improper. |
| 09:30:17 | 9 | THE COURT: Okay. |
| 09:30:18 | 10 | MR. STOLLER: Okay, your Honor. Google has |
| 09:30:20 | 11 | made several motions before Judge Schmetterer to lift |
| 09:30:23 | 12 | the stay and to be able to sue me and my corporate |
| 09:30:27 | 13 | entities in this RICO -- civil RICO action. |
| 09:30:31 | 14 | The fact is that if you read this complaint, |
| 09:30:35 | 15 | I am the sole shareholder or was of these two |
| 09:30:39 | 16 | corporations. They're seeking some pretty severe relief |
| 09:30:44 | 17 | in terms of having my entities adjudicated guilty of |
| 09:30:49 | 18 | some sort of civil RICO action, when this entire case |
| 09:30:54 | 19 | involves a registerability issue where I brought a |
| 09:30:57 | 20 | petition to cancel before the Trademark Trial and Appeal |
| 09:31:00 | 21 | Board because, in my opinion, the Google mark has become |
| 09:31:03 | 22 | generic. It's in the dictionary. And I sent several |
| 09:31:07 | 23 | settlement proposals to Google under Federal Rules of |
| 09:31:11 | 24 | Evidence 408. I've been in this business for over |
| 09:31:14 | 25 | 30 years. I sent them several settlement proposals to |

| | | |
|---|---|---|
| 09:31:17 | 1 | resolve the registerability issue. |
| 09:31:19 | 2 | They retaliated with this civil RICO action. |
| 09:31:23 | 3 | Now, I'm in the process of resolving the controversy of |
| 09:31:27 | 4 | the bankruptcy with the Chapter 7 trustee. The |
| 09:31:30 | 5 | Chapter 7 trustee has permitted me on two other cases -- |
| 09:31:34 | 6 | federal cases that bring in counsel for my corporations. |
| 09:31:39 | 7 | If you are to grant a judgment -- an |
| 09:31:42 | 8 | ex parte -- what amounts to an ex parte judgment against |
| 09:31:46 | 9 | these two corporations, it affects me because if you |
| 09:31:49 | 10 | read this pleading, they talk about Stoller. On page 4 |
| 09:31:53 | 11 | it says: On information and belief, Stoller was the |
| 09:31:57 | 12 | COE. The judgment is going to materially affect me, and |
| 09:32:01 | 13 | it's going to damage my corporations and affect my |
| 09:32:04 | 14 | ability to settle with my trustee. Because the whole |
| 09:32:06 | 15 | point of settling is to get my corporations back in the |
| 09:32:12 | 16 | place they were prior to the Chapter 7, not with a civil |
| 09:32:16 | 17 | RICO judgment against them, especially a default |
| 09:32:19 | 18 | judgment if the trustee fails to defend them. He's -- |
| 09:32:22 | 19 | you're talking about a default judgment here. |
| 09:32:24 | 20 | And here's another important point, really |
| 09:32:27 | 21 | important. The Google people are attempting to use this |
| 09:32:32 | 22 | proceeding to circumvent a motion that is presently |
| 09:32:36 | 23 | pending before the Trademark Trial and Appeal Board for |
| 09:32:39 | 24 | summary judgment on the issue of registerability. If |
| 09:32:43 | 25 | the Trademark Trial and Appeal Board should, as I |

8

| | | |
|---|---|---|
| 09:32:46 | 1 | believe they will, cancel Google's registration, this |
| 09:32:49 | 2 | entire complaint falls, because it's based merely on |
| 09:32:53 | 3 | their alleged rights of the trademark, which only hasn't |
| 09:32:57 | 4 | been canceled yet. |
| 09:32:58 | 5 | THE COURT: Okay. Well, of course, all of |
| 09:33:01 | 6 | what you say substantively is an issue either for a |
| 09:33:06 | 7 | court at a later date. The most important concern of |
| 09:33:09 | 8 | this Court is do I have jurisdiction over you, |
| 09:33:12 | 9 | Mr. Stoller, right now. |
| 09:33:14 | 10 | And when there is a trustee for those |
| 09:33:18 | 11 | companies, Central Manufacturing, et cetera, which you |
| 09:33:22 | 12 | define as your companies, companies that you say you're |
| 09:33:25 | 13 | the sole shareholder for, which I noticed there was some |
| 09:33:29 | 14 | nodding in the negative on the other side. |
| 09:33:32 | 15 | MS. ALWIN: Only to the extent that |
| 09:33:33 | 16 | Mr. Stoller represented that we've -- the trustee's |
| 09:33:36 | 17 | allowed him to get counsel to represent him in other |
| 09:33:38 | 18 | matters -- |
| 09:33:39 | 19 | THE COURT: Okay. |
| 09:33:39 | 20 | MS. ALWIN: -- that has not been the case. |
| 09:33:40 | 21 | THE COURT: Okay. |
| 09:33:41 | 22 | MS. ALWIN: It's been discussed, but it |
| 09:33:42 | 23 | hasn't -- |
| 09:33:43 | 24 | MR. STOLLER: That has been the case, and I |
| 09:33:45 | 25 | have obtained counsel on behalf of the trustee because |

3

```
09:33:47  1    we're settling the case.  I got two District Court
09:33:49  2    cases, and I can't allow ex parte -- what amounts to an
09:33:52  3    ex parte judgment against my corporate entities,
09:33:54  4    especially at the severity of what this is going to say,
09:33:59  5    so that I can't prosecute further petitions to cancel
09:34:01  6    because they are going to say they got a RICO -- civil
09:34:04  7    RICO default, because here's the trustee not wanting to
09:34:09  8    defend the case.
09:34:09  9             THE COURT:  Right.  Okay.
09:34:10 10             MR. STOLLER:  The case has no merit.
09:34:12 11             MS. FLEMING:  Your Honor, can we set them
09:34:13 12    other for a week, so that we can bring our motion and
09:34:16 13    deal with this entire situation?
09:34:18 14             THE COURT:  Yes, you can.
09:34:18 15             What I'd like to do rather is I'm going to
09:34:20 16    set it over for two weeks.  And I'd like you each to
09:34:23 17    give me a very, very brief response to these motions
09:34:26 18    regarding his standing and my jurisdiction.  And then in
09:34:29 19    two weeks when you come back with whatever proposal
09:34:33 20    there is seeking -- we can hear all of that together at
09:34:36 21    the same time.  So two weeks from today.
09:34:38 22             MR. STOLLER:  One last --
09:34:39 23             THE COURT:  And I don't need a reply, sir,
09:34:41 24    for your motions. I'll just get a response from them.
09:34:43 25             MR. STOLLER:  Okay.  One last point.  Judge
```

10

| | | |
|---|---|---|
| 09:34:46 | 1 | Schmetterer in his order gave Google the go-ahead to |
| 09:34:48 | 2 | respond to the motion for summary judgment at the |
| 09:34:51 | 3 | Trademark Trial and Appeal Board. He wrote that |
| 09:34:54 | 4 | language into his order. And what they're trying to do |
| 09:34:58 | 5 | is they're trying to say here that they don't have to |
| 09:35:02 | 6 | respond my motion that's been pending for a year and a |
| 09:35:05 | 7 | half for summary judgment at the Trademark Trial and |
| 09:35:07 | 8 | Appeal Board. |
| 09:35:07 | 9 | The U.S. Supreme Court said that you cannot |
| 09:35:11 | 10 | use proceedings like this to circumvent administrative |
| 09:35:14 | 11 | proceedings involving issues of registerability. Judge |
| 09:35:19 | 12 | Schmetterer recognized that. She was in court at the |
| 09:35:21 | 13 | time, when he wrote in the language that they should be |
| 09:35:24 | 14 | able to respond. |
| 09:35:25 | 15 | Now, what they're trying to do is circumvent |
| 09:35:28 | 16 | their ability -- their responsibility of responding to |
| 09:35:32 | 17 | that motion for summary judgment. And as I said, Judge, |
| 09:35:34 | 18 | if the Board, as terms of registerability, grants my |
| 09:35:38 | 19 | motion, this alleviates this whole issue before you |
| 09:35:42 | 20 | because their rights to bring this case are only |
| 09:35:44 | 21 | predicated on their trademark rights claiming they have |
| 09:35:49 | 22 | a registration, which the only reason why they don't, it |
| 09:35:51 | 23 | hasn't been adjudicated generic like escalator and |
| 09:35:55 | 24 | aspirin. |
| 09:35:55 | 25 | THE COURT: Okay. I understand your |

319

| | | |
|---|---|---|
| 09:35:56 | 1 | position. |
| 09:35:56 | 2 | And in the meantime what I need to do is |
| 09:35:58 | 3 | just understand my jurisdiction and the position of the |
| 09:36:02 | 4 | bankruptcy trustee as well. So we'll set it over for |
| 09:36:05 | 5 | two weeks. I've got your papers and they'll give me a |
| 09:36:08 | 6 | quick response, and then I'll review whatever proposal |
| 09:36:11 | 7 | you have that you're going to present. If you do have |
| 09:36:13 | 8 | it within a week, Counsel, that gives me time to review |
| 09:36:16 | 9 | it as well. Thank you. Thank you, Mr. Stoller. |
| 09:36:17 | 10 | MS. ALWIN: Okay. Thank you, your Honor. |
| 09:36:19 | 11 | MR. STOLLER: What date would that be, your |
| 09:36:21 | 12 | Honor? |
| 09:36:21 | 13 | THE CLERK: February 20th at 9:00 a.m. |
| 09:36:23 | 14 | MS. ALWIN: Thank you, your Honor. |
| 09:36:24 | 15 | MS. FLEMING: Thank you. |
| 09:36:25 | 16 | THE COURT: Thank you. |
| 09:36:26 | 17 | MR. STOLLER: Thank you, Judge. |
| 09:36:28 | 18 | THE COURT: You're welcome. Have a nice |
| 09:36:30 | 19 | day. |
| | 20 | (Concluded at 9:36 a.m.) |
| | 21 | - - - |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

320

12

1
2               C E R T I F I C A T E
3
4       I certify that the foregoing is a correct transcript
5   from the record of proceedings in the above-entitled
6   matter.
7
8   _____        02-05-07
9   April M. Metzler, RPR, CRR              Date
10
11
...
25