IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOGLE INC., ) | |
| ) | Civil Action No. 07 CV 385 |
| Plaintiff, ) | |
| ) | Hon. Virginia M. Kendall |
| vs. ) | |
| ) | Hearing Date: February 20, 2007 |
| CENTRAL MFG. INC. a/k/a CENTRAL ) | Hearing Time: 9 a.m. |
| MFG. CO., a/k/a CENTRAL MFG. CO. ) | |
| (INC.), a/k/a CENTRAL ) | |
| MANUFACTURING COMPANY, INC. ) | |
| and a/k/a CENTRAL MFG. CO. OF ) | |
| ILLINOIS; and STEALTH INDUSTRIES, ) | |
| INC. a/k/a RENTAMARK and a/k/a ) | |
| RENTAMARK.COM, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF JOINT MOTION FOR ENTRY OF
### STIPULATED PERMANENT INJUNCTION AND FINAL JUDGMENT

PLEASE TAKE NOTICE that on the 20th of February, 2007, at the hour of 9:00 a.m., plaintiff Google Inc., by and through its counsel, and defendants Central Mfg. Inc. and Stealth Industries, by and through Richard M. Fogel, not individually but as Chapter 7 Trustee (the "Trustee"), shall appear before the Honorable Virginia M. Kendall, Courtroom 2319, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard, and shall present their **Joint Motion for Entry of Stipulated Permanent Injunction and Final Judgment** (the "Joint Motion"), a copy of which is attached hereto and herewith served upon you at which time and place you may appear if you so see fit.

The Joint Motion will conclude this action in accordance with the terms of the Stipulated Permanent Injunction and Final Judgment and in accordance with the Orders of the United States Bankruptcy Court duly authorizing the Trustee to act on behalf of defendants Central Mfg. Inc. and Stealth Industries and approving the parties' Settlement Agreement of which the Stipulated Permanent Injunction and Final Judgment is part.

20056/2056287.2

DATED:  February 12, 2007

Respectfully submitted,

GOOGLE INC.

By: s/ William J. Barrett_____
      One of Its Attorneys

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000/(213) 443-3100 (fax)

William J. Barrett (ARDC No. 6206424)
BARACK, FERRAZZANO, KIRSCHBAUM,
 PERLMAN & NAGELBERG, LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 629 5170/ (312) 984-3150 (fax)

Attorneys for Google Inc.

CENTRAL MFG. INC. AND STEALTH INDUSTRIES

By: s/ Janice Alwin_____
      One of Its Attorneys

Richard M. Fogel, Esq. (ARDC 3127114)
SHAW GUSSIS FISHMAN GLANTZ WOLFSON
 & TOWBIN LLC
321 North Clark Street, Ste. 800
Chicago, Illinois 60610

Defendants Central Mfg. Inc. and Stealth Industries, Inc., by and through Richard M. Fogel, not individually but as Chapter 7 Trustee

Janice Alwin, Esq. (ARDC 6277043)
SHAW GUSSIS FISHMAN GLANTZ WOLFSON
 & TOWBIN LLC
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

Counsel for Trustee

## CERTIFICATE OF SERVICE

      I, William J. Barrett, certify that I caused to be served on the parties on the following Service List, manner of service and date as indicated below, a copy of the foregoing: **(1) NOTICE OF JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND FINAL JUDGMENT and (2) JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION AND FINAL JUDGMENT**.

                                        s/ William J. Barrett
                                        William J. Barrett

### SERVICE LIST

Leo Stoller
7115 W. North Avene
Oak Park, Illinois 60302
*Via e-mail to ldms4@hotmail.com*
(*Served via email transmission on February 12, 2007 and overnight delivery on February 13, 2007*)


Richard M. Fogel, Esq.
Janice Alwin
SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
321 North Clark Street, Ste. 800
Chicago, Illinois 60610
(*Served via messenger delivery on February 13, 2007*)