

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GOOGLE, INC.                            )

                 Plaintiff,           )

vs.                                 )
                                   )    Case No: 07-cv-385

CENTRAL MFG. INC. a/k/a        )
CENTRAL MFG. CO., a/k/a        )    Judge Kendall
CENTRAL MFG. CO.(INC).,       )
a/k/a CENTRAL MANUFACTURING   )    Magistrate Judge Cole
COMPANY, INC. and a/k/a       )
CENTRAL MFG. CO. OF ILLINOIS;    )
and STEALTH INDUSTRIES, INC.     )
a/k/a RENTAMARK and a/k/a      )
RENTAMARK.COM,            )
                                   )
             Defendants.        )

**FILED**

FEB 1 5 2007   N͞F

## NOTICE OF FILING

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:     Michael T. Zeller
        Quinn, Emanuel, Urquhart,
         Oliver & Hedges, LLP.
        865 S. Figueroa Street, 10th Floor
        Los Angeles, California 90017

        William J. Barrett
        Barack, Ferrazzano, Kirschbaum,
         Perlman & Nagelberg, LLP.
        333 W. Wacker Drive, Suite 2700
        Chicago, Illinois 60606

      PLEASE TAKE NOTICE that on the ___15___ day of February, 2007, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Notice of Filing Supplemental Authority**, a copy of which is attached hereto.

      I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this ___15___ day of February, 2007, with proper postage prepaid.

                                        _____
                                        Leo Stoller, *pro se*
                                        7115 W. North Avenue
                                        Oak Park, Illinois 60302
                                        (773) 551-4827
                                        Email: ldms4@hotmail.com

C:\MARKS42\GOOGLE.NOT

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GOOGLE, INC.                                 )
                                             )
        Plaintiff,                          )
                                             )
vs.                                          )
                                             )    Case No:  07-cv-385
CENTRAL MFG. INC. a/k/a                       )
CENTRAL MFG. CO., a/k/a                        )    Judge Kendall
CENTRAL MFG. CO.(INC).,                        )
a/k/a CENTRAL MANUFACTURING                    )    Magistrate Judge Cole
COMPANY, INC. and a/k/a                        )
CENTRAL MFG. CO. OF ILLINOIS;                  )
and STEALTH INDUSTRIES, INC.                   )
a/k/a RENTAMARK and a/k/a                      )
RENTAMARK.COM,                                 )
                                             )
        Defendants.                         )

**FILED**

FEB 1 5 2007    NF.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

      NOW COMES Leo Stoller and moves to submit this Supplemental Authority in support of Leo Stoller's Motion to Intervene.

      Google, Inc. has pled before Judge Jack B. Schmetterer in Leo Stoller's Chapter 7 bankruptcy proceeding, Case No. 05 B 64075, that Leo Stoller is a necessary party in the civil RICO action in order to convince Judge Schmetterer to lift the automatic stay.  See attached true and correct copy of Google, Inc.'s Motion For Order Declaring Proposed Suit To Be Outside Scope of Stay Or, In The Alternative, Modifying Stay.

      In Google Inc.'s said motion, paragraph 1, states:

      "Google, Inc. ("Google") respectfully requests that the Court declare that its anticipated lawsuit (the "Proposed Action") against Leo Stoller ("Stoller" or "Debtor"), Central Mfg. Inc. ("Central Mfg.") and Stealth Industries, Inc. ("Stealth") is outside the scope of the automatic stay under Section 362(d) of the United States Bankruptcy Code (11 U.S.C. §362(d)), or, in the alternative, that the Court modify the stay for cause to allow Google to proceed with its Proposed Action.  In support of its requested relief, Google States and alleges as follows."

Google, Inc., having persuaded Judge Schmetterer to lift the automatic stay in Leo Stoller's bankruptcy, in order for Google, Inc. to sue Leo Stoller, Central Mfg. Inc. and Stealth Industries, Inc. for alleged civil RICO violations, cannot now take a contrary tact here without running afoul of the doctrine of judicial estoppel. *Johnson v. ExxonMobil Corp.*, 426 F.3d 887, 891 (7th Cir. 2005). The doctrine of judicial estoppel prevents a party from adopting a position in a legal proceeding contrary to a position successfully argued in an earlier proceeding. See also *Shannon-Stokes v. Potter*, -- F.3d --, 2006 WL 1816010, at *1-2 (7th Cir. July 5, 2006) (applying judicial estoppel to bar inconsistent claim.

Leo Stoller, *pro se*
7115 W. North Avenue #272
Oak Park, Illinois 60302
312/ 545-4554
Email:  ldms4@hotmail.com

Date:  February 14, 2007

## Certificate of Mailing

I hereby certify that this motion is being
deposited with the U.S. Postal Service as First Class Mail
in an envelope addressed to:

Clerk of the Court
United States District Court
219 S. Dearborn
Chicago, Illinois  60607

_____
Leo Stoller
Date:  _____2-15-07_____


## Certificate of Service

I hereby  certify  that  the foregoing is being
deposited with the U.S. Postal Service as First
Class Mail in an envelope addressed to:

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois  60606

_____
Leo Stoller
Date:  _____2-15-07_____

C:\MARKS42\GOOGLE6.MOT

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ...i re: | ) | Case No. 05 B 64075 |
| | ) | Chapter 13 |
| .EO STOLLER, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | Presentment Date: August 23, 2006 |
| | ) | Presentment Time: 9:30 a.m. |

### MOTION OF GOOGLE INC. FOR ORDER DECLARING PROPOSED SUIT TO BE OUTSIDE SCOPE OF STAY OR, IN THE ALTERNATIVE, MODIFYING STAY

Google Inc. ("Google") respectfully requests that the Court declare that its anticipated ...wsuit (the "Proposed Action") against Leo Stoller ("Stoller" or "Debtor"), Central Mfg. Inc. ("Central Mfg.") and Stealth Industries, Inc. ("Stealth") is outside the scope of the automatic stay .nder Section 362(d) of the United States Bankruptcy Code (11 U.S.C. § 362(d)) or, in the .lternative, that the Court modify the stay for cause to allow Google to proceed with its Proposed ...ction. In support of its requested relief, Google states and alleges as follows.

#### Preliminary Statement

1.    As explained in Google's Complaint for the Proposed Action,[1] Debtor, Central ..fg. and Stealth are engaged in a pattern of illegal conduct that targets Google. Google has no .lternative but to file suit to put a stop to it. Among other things, Debtor, Central Mfg. and Stealth have been fraudulently holding themselves out as variously named "Google" entities, ..ncluding through the use of fabricated commercial documents such as company letterhead. They also continue to falsely claim in advertising materials that they own rights to, and offer for ..icense to third parties, the GOOGLE mark and falsely assert that they indeed have even .ancelled Google's federal trademark registration for the GOOGLE mark. This is despite the fact .hat not only have Google's federal registrations for GOOGLE not been cancelled, but the Trademark Trial and Appeal Board ("TTAB") has found Debtor's and his companies' claims of .wnership to the GOOGLE mark to be wholly groundless and to have been made for the

---

[1]    A copy of the Complaint for the Proposed Action (the "Complaint") is attached as Exhibit 1 to the Declaration of Michael T. Zeller, dated August 17, 2006 and filed concurrently herewith ("Zeller Dec.").

...056/1938604.1

lisclosures, Debtor should not now be heard to argue that his bankruptcy case should shield him from Google's Proposed Action.[14]

## Waiver of Rule 4001(a)(3)

31.    Google requests that any Order granting relief provide for a waiver of the 10-day period set forth in Bankruptcy Rule 4001(a)(3).

## Prayer for Relief

WHEREFORE, Google respectfully requests that the Court enter an order declaring that Google's Proposed Action is not subject to the automatic stay or, in the alternative, modifying any such stay to allow Google to file and proceed with the Proposed Action.


Respectfully submitted,

DATED: August 18, 2006                    GOOGLE INC.


By _____/s/ William J. Barrett_____
William J. Barrett (ARDC No. 6206424)
BARACK, FERRAZZANO, KIRSCHBAUM,
  PERLMAN & NAGELBERG, LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 629 5170

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP
865 South Figueroa Street, Tenth Floor
Los Angeles, California 90017
(213) 443 3000

Attorneys for Google Inc.

---

[14]  To avoid any argument by Debtor that a granting of the Motion to Convert by the Court would render Google's claims pre-petition and thus subject to the automatic stay, Google respectfully requests that the Court grant Google's motion before entering an order granting the Motion to Convert.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| in re: | ) | Case No. 05 B 64075 |
| | ) | Chapter 13 |
| LEO STOLLER, | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | Presentment Date:  August 23, 2006 |
| | ) | Presentment Time:  9:30 a.m. |

**DECLARATION OF MICHAEL T. ZELLER IS SUPPORT OF MOTION OF
GOOGLE INC. FOR ORDER DECLARING PROPOSED SUIT
<u>TO BE OUTSIDE SCOPE OF STAY OR, IN THE ALTERNATIVE, MODIFYING STAY</u>**

I, Michael T. Zeller, do hereby declare and state as follows:

1.    I am a member of the State Bars of Illinois, New York and California and am
unsel for Google Inc. I have personal knowledge of the facts stated herein and, if sworn as a
itness, could and would testify competently thereto.

2.    A true and correct copy of the Complaint for the Proposed Action and its
accompanying exhibits are attached hereto as Exhibit 1.

3.    A true and correct copy of Counter-Defendants' Response in Opposition to
)unter-Plaintiffs' Brief Captioned as "Response to December 20, 2005 Order" is attached
ereto as Exhibit 2.

4.    A true and correct copy of the February 2, 2003 Order in *Central Mfg. Co. v. Pure
.shing, Inc.*, No. 05 C 725 (N.D. Ill) (Lindenberg, J.) is attached hereto as Exhibit 3.

5.    A true and correct copy of the September 30, 2005 Order in *Central Mfg. Co. v.
. ett*, No. 04 C 3049 (N.D. Ill) (Coar, J.) is attached hereto as Exhibit 4.

6.    A true and correct copy of the November 16, 2005 Order in *Central Mfg. Co. v.
.re Fishing, Inc.*, No. 05 C 725 (N.D. Ill) (Lindenberg, J.) is attached hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the
regoing is true and correct.

Executed this 17th day of August, 2006, at Los Angeles, California.

*Michael T. Zeller*

Michael T. Zeller