IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR X 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GOULGE, INC. ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 07-CV-385 |
| CENTRAL MFG. INC. a/k/a ) | Hon. Virginia M. Kendall |
| CENTRAL MFG. CO., a/k/a ) | |
| CENTRAL MFG. CO.(INC)., ) | Magistrate Judge Cole |
| a/k/a CENTRAL MANUFACTURING ) | |
| COMPANY, INC. and a/k/a ) | |
| CENTRAL MFG. CO. OF ILLINOIS; ) | |
| and STEALTH INDUSTRIES, INC. ) | |
| a/k/a RENTAMARK and a/k/a ) | |
| RENTAMARK.COM, ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Michael T. Zeller, Quinn, Emanual, et. al.
      865 S. Figueroa Street, 10th Floor
      Los Angeles, California 90017

      William J. Barrett, Esq.
      Barack, Ferrazzano, et al.
      333 W. Wacker Drive, Suite 2700
      Chicago, Illinois 60606

      Richard M. Fogel, Trustee
      Jance A. Alwin
      Shaw, Gussis, et al.
      321 N. Clark Street, Suite 800
      Chicago, Illinois 60610

PLEASE TAKE NOTICE that on the ___7th___ day of **March, 2007** at __9/00__ Debtor shall appear before the Honorable Judge Kendall in the courtroom usually occupied by her, 219 S. Dearborn, Chicago, Illinois, 60603, and then and there present **Motion to Dismiss For Failure to Join a Party Under Rule F.R.C.P. 19**, a copy which is attached hereto.

_Leo Stoller_ (signature)

Leo Stoller
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: March 2, 2007