# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 0385 | **DATE** | 3/12/2007 |
| **CASE TITLE** | Google, Inc. Vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set out in the Memorandum Opinion and Order, Motion to intervene [16] is denied; Motion to interplead [8] is denied; and Motions to suspend [9][10][11] are denied.

■ [ For further detail see separate order(s).]                                       Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|

Dockets.Justia.com