IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

| | |
|---|---|
| GOGLE, INC. ) | MAR 1 3 2007 |
| ) | |
| Plaintiff, ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| vs. ) | |
| ) | Case No: 07-CV-385 |
| CENTRAL MFG. INC. a/k/a ) | |
| CENTRAL MFG. CO., a/k/a ) | Hon. Virginia M. Kendall |
| CENTRAL MFG. CO.(INC)., ) | |
| a/k/a CENTRAL MANUFACTURING ) | Magistrate Judge Cole |
| COMPANY, INC. and a/k/a ) | |
| CENTRAL MFG. CO. OF ILLINOIS; ) | Appeal from the U.S. District |
| and STEALTH INDUSTRIES, INC. ) | Court for the Northern District |
| a/k/a RENTAMARK and a/k/a ) | Eastern Division |
| RENTAMARK.COM, ) | Order by Virginia M. Kendall |
| ) | Dated March 12, 2007 |
| Defendants. ) | ) |

### NOTICE OF APPEAL OF ORDER ISSUED BY
### JUDGE VIRGINIA M. KENDALL ON MARCH 12, 2007

NOW COMES Leo Stoller and files its Notice of Appeal of the Order by Virginia M. Kendall, denying Leo Stoller's Motion To Intervene; Motion To Interplead; and Motions To Suspend, and states as follows:

_____
Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: March 13, 2007

## Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to the following address:

Clerk of the Court
United States Bankruptcy Court
219 S. Dearborn
Chicago, IL 60607

_____
Leo Stoller
Date: March 13, 2007


## Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
*Shaw, Gussis, Fishman, Glantx,
 Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

_____
Leo Stoller
Date: 3-13-07

C:\MARKS43\GOOGLE.NOA

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 0385 | **DATE** | 3/12/2007 |
| **CASE TITLE** | Google, Inc. Vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set out in the Memorandum Opinion and Order, Motion to intervene [16] is denied; Motion to interplead [8] is denied; and Motions to suspend [9][10][11] are denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CR |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOGLE, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) Case No: 07-CV-385 <br> CENTRAL MFG. INC. a/k/a ) <br> CENTRAL MFG. CO., a/k/a ) Judge Kendall <br> CENTRAL MFG. CO.(INC)., ) <br> a/k/a CENTRAL MANUFACTURING ) Magistrate Judge Cole <br> COMPANY, INC. and a/k/a ) <br> CENTRAL MFG. CO. OF ILLINOIS; ) <br> and STEALTH INDUSTRIES, INC. ) <br> a/k/a RENTAMARK and a/k/a ) <br> RENTAMARK.COM, ) <br> ) <br> Defendants. ) | |

F I L E D

MAR 1 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO:    Michael T. Zeller                              Richard M. Fogel, Trustee
       Quinn, Emanuel, Urquhart,                      Janice A. Alwin
         Oliver & Hedges, LLP.                        Shaw, Gussis, Fishman, Glantz,
       865 S. Figueroa Street, 10th Floor             Wolfson & Towbin LLC.
       Los Angeles, California  90017                 321 N. Clark Street, Suite 800
                                                      Chicago, Illinois  60610
       William J. Barrett
       Barack, Ferrazzano, Kirschbaum,
         Perlman & Nagelberg, LLP.
       333 W. Wacker Drive, Suite 2700
       Chicago, Illinois  60606

   PLEASE TAKE NOTICE that on the __13__ day of **March, 2007**, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Notice of Appeal**, a copy of which is attached hereto.

   I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this __13__ day of March, 2007, with proper postage prepaid.

                                                      _____
                                                      Leo Stoller
                                                      7115 W. North Avenue
                                                      Oak Park, Illinois  60302
                                                      (773) 551-4827
                                                      Email: ldms4@hotmail.com

C:\MARKS43\GOOGLE.NOF