IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 1 5 2007 WH
03-15-07

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| GOOGLE, INC. | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CENTRAL MFG. INC. a/k/a | ) |
| CENTRAL MFG. CO., a/k/a | ) |
| CENTRAL MFG. CO.(INC)., | ) |
| a/k/a CENTRAL MANUFACTURING | ) |
| COMPANY, INC. and a/k/a | ) |
| CENTRAL MFG. CO. OF ILLINOIS; | ) |
| and STEALTH INDUSTRIES, INC. | ) |
| a/k/a RENTAMARK and a/k/a | ) |
| RENTAMARK.COM, | ) |
| | ) |
| Defendants. | ) |

Case No: 07-CV-385

Hon. Virginia M. Kendall

Magistrate Judge Cole

### NOTICE OF MOTION

TO:   Michael T. Zeller, Quinn, Emanual, et. al.
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

William J. Barrett, Esq.
Barack, Ferrazzano, et al.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois  60606

Richard M. Fogel, Trustee
Jance A. Alwin
Shaw, Gussis, et al.
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

     PLEASE  TAKE  NOTICE  that  on  the  ___19th___  day  of  March, 2007  at
___9:00 AM___  Leo Stoller shall appear before the Honorable Judge Kendall in the
courtroom usually occupied by her, 219 S. Dearborn, Chicago, Illinois, 60603, and then and
there present **Motion Under FRCP 59 And/Or 60**, a copy which is attached hereto.

Leo Stoller
7115 W. North Avenue
Oak Park, Illinois  60302
(312) 545-4554
Email:  ldms4@hotmail.com

Date:  March 15, 2007

Dockets.Justia.com