## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

| | | |
|---|---|---|
| GOOGLE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CENTRAL MFG. INC. a/k/a | ) | |
| CENTRAL MFG. CO., a/k/a | ) | |
| CENTRAL MFG. CO.(INC)., | ) | |
| a/k/a CENTRAL MANUFACTURING | ) | |
| COMPANY, INC. and a/k/a | ) | |
| CENTRAL MFG. CO. OF ILLINOIS; | ) | |
| and STEALTH INDUSTRIES, INC. | ) | |
| a/k/a RENTAMARK and a/k/a | ) | |
| RENTAMARK.COM, | ) | |
| | ) | |
| Defendants. | ) | |

MAK 1 5 2007 WH
03-15-07

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 07-CV-385

Judge Kendall

Magistrate Judge Cole

## NOTICE OF FILING

TO:   Michael T. Zeller
      Quinn, Emanuel, Urquhart,
        Oliver & Hedges, LLP.
      865 S. Figueroa Street, 10th Floor
      Los Angeles, California 90017

      William J. Barrett
      Barack, Ferrazzano, Kirschbaum,
        Perlman & Nagelberg, LLP.
      333 W. Wacker Drive, Suite 2700
      Chicago, Illinois 60606

Richard M. Fogel, Trustee
Janice A. Alwin
Shaw, Gussis, Fishman, Glantz,
Wolfson & Towbin LLC.
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

PLEASE TAKE NOTICE that on the **15nd day of March, 2007**, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Motion For Permission To Appeal In Forma Pauperis**, a copy of which is attached hereto.

I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this ___3-15-07___ day of March, 2007, with proper postage prepaid.

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(773) 551-4827
Email: ldms4@hotmail.com

C:\MARKS43\GOOGLE2.FIL

Dockets.Justia.com