IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOOGLE INC., ) | |
| ) | Civil Action No. 07 CV 385 |
| Plaintiff, ) | |
| ) | Hon. Virginia M. Kendall |
| vs. ) | |
| ) | Date: March 19, 2007 |
| CENTRAL MFG. INC. a/k/a CENTRAL ) | Time: 9 a.m. |
| MFG. CO., a/k/a CENTRAL MFG. CO. ) | |
| (INC.), a/k/a CENTRAL ) | |
| MANUFACTURING COMPANY, INC. ) | |
| and a/k/a CENTRAL MFG. CO. OF ) | |
| ILLINOIS; and STEALTH INDUSTRIES, ) | |
| INC. a/k/a RENTAMARK and a/k/a ) | |
| RENTAMARK.COM, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: See attached Service List

    PLEASE TAKE NOTICE that on March 16, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, via the Court's CM/ECF system, **OPPOSITION TO MOTION OF NON-PARTY LEO STOLLER FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**, a copy of which is served upon you.


DATED: March 16, 2007        GOOGLE INC.


                                      By    /s/ William J. Barrett
                                      William J. Barrett (ARDC No. 6206424)
                                      BARACK, FERRAZZANO, KIRSCHBAUM,
                                       PERLMAN & NAGELBERG, LLP
                                      333 West Wacker Drive, Suite 2700
                                      Chicago, Illinois 60606
                                      (312) 629 5170

Michael T. Zeller (ARDC No. 6226433)
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
865 South Figueroa Street, Tenth Floor
Los Angeles, California 90017
(213) 443 3000

Attorneys for Google Inc.

408478-1

2

## CERTIFICATE OF SERVICE

I, William J. Barrett, certify that on March 16, 2007, I caused to be served on the parties on the following Service List, via electronic mail, a copy of the foregoing **NOTICE OF FILING** and **OPPOSITION TO MOTION OF NON-PARTY LEO STOLLER FOR PERMISSION TO APPEAL IN FORMA PAUPERIS.**

/s/ William J. Barrett
William J. Barrett

## SERVICE LIST

Mr. Leo Stoller
7115 W. North Ave., #272
Oak Park, IL 60302
*Email: ldms4@hotmail.com*

Richard M. Fogel
Janice Alwin
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60610
*Email: jalwin@shawgussis.com; rfogel@shawgussis.com; rfogel@ecf.epiqsystems.com*