IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOUGLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL MFG. INC. a/k/a CENTRAL ) <br> MFG. CO., a/k/a CENTRAL MFG. CO. ) <br> (INC.), a/k/a CENTRAL ) <br> MANUFACTURING COMPANY, INC. ) <br> and a/k/a CENTRAL MFG. CO. OF ) <br> ILLINOIS; and STEALTH INDUSTRIES, ) <br> INC. a/k/a RENTAMARK and a/k/a ) <br> RENTAMARK.COM, ) <br> ) <br> Defendants. ) | Civil Action No. 07 CV 385 <br><br> Hon. Virginia M. Kendall <br><br> Hearing Date: March 19, 2007 <br> Hearing Time: 9 a.m. |

### DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of Illinois, New York and California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff Google Inc. ("Google"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Lindberg's Order dated December 8, 2006 denying Leo Stoller's in forma pauperis motion in <u>Central Mfg. Co. v. Pure Fishing, Inc.</u>, No. 05 C 725.

3. Attached hereto as Exhibit B is a true and correct copy of Leo Stoller's Motion for Permission to Appeal in Forma Pauperis and Motion to Consolidate in the Pure Fishing matter.

4. Attached hereto as Exhibit C is a true and correct copy of Judge Lindberg's Order dated December 15, 2006 in the <u>Pure Fishing</u> matter.

5. Attached hereto as Exhibit D is a true and correct copy of Judge Lindberg's Order dated January 7, 2007 in the <u>Pure Fishing</u> matter.

6. Attached hereto as Exhibit E are true and correct excerpts from Leo Stoller's Motion for Permission to Retain Counsel, filed in his bankruptcy action on February 7, 2007. The Bankruptcy Court subsequently denied Mr. Stoller's motion.

7. Attached hereto as Exhibit F is a true and correct copy of the Docket Sheet for the Seventh Circuit appeal in the Pure Fishing matter. These pages were printed from PACER on March 16, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of the Bankruptcy Court's Findings of Fact and Conclusions of Law on Motion of Pure Fishing to Convert to Chapter 7, dated September 26, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of the Transcript of Proceeding before the Chapter 7 Trustee Richard Fogel, taken on October 20, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of Judge Lindberg's Order dated December 12, 2006 in the Pure Fishing matter.

11. Attached hereto as Exhibit J is a true and correct copy of the Trademark Trial and Appeal Board's decision in Central Mfg. Co. v. Premium Products, Inc., dated September 29, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2007, at Los Angeles, California.

_____
Michael T. Zeller