**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 1 9 2007
03-19-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal No: 07-1569

| | | |
|---|---|---|
| GOOGLE, INC. | ) | |
| Plaintiff, | ) | Case No: 07-CV-385 |
| vs. | ) | Hon. Virginia M. Kendall |
| CENTRAL MFG. INC. a/k/a | ) | Magistrate Judge Cole |
| CENTRAL MFG. CO., a/k/a | ) | |
| CENTRAL MFG. CO.(INC)., | ) | Appeal from the U.S. District |
| a/k/a CENTRAL MANUFACTURING | ) | Court for the Northern District |
| COMPANY, INC. and a/k/a | ) | Eastern Division |
| CENTRAL MFG. CO. OF ILLINOIS; | ) | |
| and STEALTH INDUSTRIES, INC. | ) | Orders by Virginia M. Kendall |
| a/k/a RENTAMARK and a/k/a | ) | dated March 5, 2007 & March 16, 2007 |
| RENTAMARK.COM, | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL NOTICE OF APPEAL OF ORDERS ISSUED BY
## JUDGE VIRGINIA M. KENDALL ON MARCH 5, 2007 AND MARCH 16, 2007

Leo Stoller, Appellant, filed a Notice of Appeal on March 15, 2007 of Judge Kendall's

order dated March 12, 2007 denying Leo Stoller's Motion to Intervene, Motion To Interplead

and Motions to Suspend.

Stoller is moving to supplement its Notice of Appeal with the order by Virginia M.

Kendall dated March 5, 2007 denying Leo Stoller's Motion To Dismiss; and Judge Kendall's

order dated March 16, 2007 denying Leo Stoller's Motion Under FRCP 59 And/Or 60.

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(312) 545-4554
Email: ldms4@hotmail.com

Date: March 19, 2007

Dockets.Justia.com

## Certificate of Mailing

I hereby certify that the foregoing is being
hand-delivered to the following address:

Clerk of the Court
United States Bankruptcy Court
219 S. Dearborn
Chicago, IL 60607

Leo Stoller
Date: March 19, 2007

## Certificate of Service

I hereby certify that the foregoing is being deposited
with the U.S. Postal Service as First Class mail in an
envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
*Shaw, Gussis, Fishman, Glantx,*
 *Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

Leo Stoller
Date: 3-19-07

C:\MARKS43\GOOGLE2.NOA

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Google Inc

                     Plaintiff,

v.                                        Case No.: 1:07–cv–00385

                                        Honorable Virginia M. Kendall

Central Mfg. Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2007:

      MINUTE entry before Judge Virginia M. Kendall :On March 2, 2007, Leo Stoller ("Stoller") filed a Motion to Dismiss for failure to join a party –– himself –– pursuant to Fed. R. Civ. P. 19. Stoller previously filed a motion to intervene in this action on February 6, 2007. The Court has not yet ruled upon that motion. As such, Stoller remains a non–party and lacks standing to file a motion pursuant to Rule 19. See Arrow v. Gambler's Supply, Inc., 55 F.3d 407, 409 (8th Cir. 1995) ("only a party may make a Rule 19 motion") (citing Thompson v. Boggs, 33 F.3d 847, 858 n. 10 (7th Cir. 1994) (noting lack of any precedent for granting a non–party's motion for joinder)). Accordingly, Stoller's Motion to Dismiss [32] is stricken and the parties need not appear on March 7, 2007.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov.***

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 385 | **DATE** | 3 16 2007 |
| **CASE TITLE** | Google, Inc. vs. Central Mfg. Inc., et al. | | |

#### DOCKET ENTRY TEXT

For the reasons stated below, Movant Stoller's motion to reconsider [43] is denied. The presentment date of 3/19/2007 for said motion is hereby stricken.

■ [ For further details see text below.]                                     Notices mailed by Judicial staff.

---

### STATEMENT

On March 12, 2007, this Court issued a Memorandum Opinion and Order denying Leo Stoller's ("Stoller") motions to: (1) intervene; (2) interplead; (3) suspend the proceedings for sixty days to retain counsel for defendants; (4) suspend the proceedings pending an appeal of the decision of the bankruptcy court to permit plaintiff Google Inc. ("Google") to initiate this action; and (5) to suspend the proceedings pending the Trademark Trial and Appeal Board's decision on a motion for summary judgment in the proceedings related to the Google trademark.

On March 15, 2007, Stoller filed a motion asking this Court to reconsider its decision to deny Stoller's motion to intervene. Stoller's motion to reconsider reads, in its entirety:

NOW COMES Leo Stoller and submits to the Court transcripts of proceedings before Judge Schmetterer dated December 12, 2006 and February 15, 2007.
Leo Stoller requests that the Court reconsider its decision denying Stoller the right to intervene based upon the attached transcripts.

"Motions to reconsider are rarely granted -- they serve a narrow function and must be supported by a showing of extraordinary circumstances." *Trading Techs. Int'l, Inc. v. eSpeed Inc.*, No. 04 C 5312, 2007 U.S. Dist. LEXIS 12965, *10 (N.D. Ill. Feb. 21, 2007) (citing *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1269 (7th Cir. 1996)). In order to succeed on a motion to reconsider, the movant "must clearly establish either a manifest error of law or fact or must present newly discovered evidence." *LB Credit Corp. v. Resolution Trust Corp.*, 49 F.3d 1263, 1267 (7th Cir. 1995) (citing *FDIC v. Meyer*, 781 F.2d 1260, 1268 (7th Cir. 1986)). Stoller's motion presents no newly discovered evidence, nor does he attempt to identify any manifest error of law or fact. Instead he has simply submitted nearly 60 pages of transcripts from bankruptcy proceedings before Judge Schmetterer without making any effort whatsoever to direct the Court to the portions thereof that he deems relevant to his motion to reconsider.

Having reviewed the aforementioned transcripts in search of potential bases for Stoller's motion to

## STATEMENT

reconsider, this Court has identified only one potential area and assumes that Stoller relies primarily upon the following passage:

> MR. STOLLER: The problem is not that they withdraw their monetary claims. It's a civil RICO action where I'm mentioned 15 times in a complaint in which I am deprived of defending myself. I'm not even listed in it.

> THE COURT: You have a right, I suppose, to seek to intervene in that case and to defend any interest of yours personally, but I see no reason why I should authorize you to hire lawyers on behalf of the companies.

> MR. STOLLER: Because if - -

> THE COURT: If you feel that the action indirectly impinges on your rights, nothing stops you from doing that.

(Transcript of Proceedings before the Honorable Jack B. Schmetterer, Feb. 15, 2007 at p. 10:12-20).

Setting to one side the fact that Stoller's motion to intervene was before this Court and not before Judge Schmetterer, this Court does not read Judge Schmetterer's comments above as any indication that Stoller has a right to intervene in this case. Judge Schmetterer correctly advised Stoller that he had a right to *seek* to intervene in this action. Stoller did seek intervention as of right in this action but, because he was not able to identify any significant, legally protectible interest in these proceedings, that motion was denied. Stoller also sought permissive intervention but, because the Court found that permitting Stoller to intervene in this action would frustrate the parties' efforts to resolve this matter by settlement, that request was denied as well.

Stoller's Motion to Reconsider does not establish any manifest error of law or fact associated with this Court's denial of his motion to intervene. Accordingly, Stoller's motion to reconsider is denied.

## SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:     07 cv 385

|  PLAINTIFF (Petitioner)    v.    | DEFENDANT (Respondent) |
|---|---|
| Google/appellee | Stroller/appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | William J. Barrett | Name | Leo Stroller |
| Firm | Barack, Ferrazzano, Kirschbaum,Perlman | Firm | pro-se |
| Address | 333 W. Wacker dr. Suite 2700 Chgo. Il. 60606 | Address | 7115 W. North Ave. Oak Park, Il. 60302 |
| Phone | 312) 984-3100 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kendall | Date Filed in District Court | 1/19/07 |
| Court Reporter | C. Young    X-5885 | Date of Judgment | 3/5/07, 3/16/07 |
| Nature of Suit Code | 470 | Date of Notice of Appeal | 3/19/07 |

COUNSEL:          Appointed  ☐          Retained  ☐          Pro Se  ☒

FEE STATUS:          Paid  ☐          Due  ☒          IFP  ☐

IFP Pending  ☐          U.S.  ☐          Waived  ☐

Has Docketing Statement been filed with the District Court Clerk's Office?          Yes  ☐          No  ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted  ☐          Denied  ☐          Pending  ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Google Inc

                                Plaintiff,

v.                                                    Case No.: 1:07–cv–00385
                                                      Honorable Virginia M. Kendall

Central Mfg. Inc., et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 5, 2007:

      MINUTE entry before Judge Virginia M. Kendall :On March 2, 2007, Leo Stoller ("Stoller") filed a Motion to Dismiss for failure to join a party –– himself –– pursuant to Fed. R. Civ. P. 19. Stoller previously filed a motion to intervene in this action on February 6, 2007. The Court has not yet ruled upon that motion. As such, Stoller remains a non–party and lacks standing to file a motion pursuant to Rule 19. See Arrow v. Gambler's Supply, Inc., 55 F.3d 407, 409 (8th Cir. 1995) ("only a party may make a Rule 19 motion") (citing Thompson v. Boggs, 33 F.3d 847, 858 n. 10 (7th Cir. 1994) (noting lack of any precedent for granting a non–party's motion for joinder)). Accordingly, Stoller's Motion to Dismiss [32] is stricken and the parties need not appear on March 7, 2007.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Google Inc

                          Plaintiff,

v.                                              Case No.: 1:07−cv−00385
                                                Honorable Virginia M. Kendall

Central Mfg. Inc., et al.

                          Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 16, 2007:

    MINUTE entry before Judge Virginia M. Kendall :For the reasons stated below, Movant Stoller's motion to reconsider [43] is denied. The presentment date of 3/19/2007 for said motion is hereby stricken.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 385 | **DATE** | 3/16/2007 |
| **CASE TITLE** | Google, Inc. vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Movant Stoller's motion to reconsider [43] is denied. The presentment date of 3/19/2007 for said motion is hereby stricken.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

## STATEMENT

On March 12, 2007, this Court issued a Memorandum Opinion and Order denying Leo Stoller's ("Stoller") motions to: (1) intervene; (2) interplead; (3) suspend the proceedings for sixty days to retain counsel for defendants; (4) suspend the proceedings pending an appeal of the decision of the bankruptcy court to permit plaintiff Google Inc. ("Google") to initiate this action; and (5) to suspend the proceedings pending the Trademark Trial and Appeal Board's decision on a motion for summary judgment in the proceedings related to the Google trademark.

On March 15, 2007, Stoller filed a motion asking this Court to reconsider its decision to deny Stoller's motion to intervene. Stoller's motion to reconsider reads, in its entirety:

NOW COMES Leo Stoller and submits to the Court transcripts of proceedings before Judge Schmetterer dated December 12, 2006 and February 15, 2007.
Leo Stoller requests that the Court reconsider its decision denying Stoller the right to intervene based upon the attached transcripts.

"Motions to reconsider are rarely granted -- they serve a narrow function and must be supported by a showing of extraordinary circumstances." *Trading Techs. Int'l, Inc. v. eSpeed Inc.*, No. 04 C 5312, 2007 U.S. Dist. LEXIS 12965, *10 (N.D. Ill. Feb. 21, 2007) (citing *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1269 (7th Cir. 1996)). In order to succeed on a motion to reconsider, the movant "must clearly establish either a manifest error of law or fact or must present newly discovered evidence." *LB Credit Corp. v. Resolution Trust Corp.*, 49 F.3d 1263, 1267 (7th Cir. 1995) (citing *FDIC v. Meyer*, 781 F.2d 1260, 1268 (7th Cir. 1986)). Stoller's motion presents no newly discovered evidence, nor does he attempt to identify any manifest error of law or fact. Instead he has simply submitted nearly 60 pages of transcripts from bankruptcy proceedings before Judge Schmetterer without making any effort whatsoever to direct the Court to the portions thereof that he deems relevant to his motion to reconsider.

Having reviewed the aforementioned transcripts in search of potential bases for Stoller's motion to

---

## STATEMENT

---

reconsider, this Court has identified only one potential area  and assumes that Stoller relies primarily upon the following passage:

> MR. STOLLER: The problem is not that they withdraw their monetary claims.  It's a civil RICO action where I'm mentioned 15 times in a complaint in which I am deprived of defending myself.  I'm not even listed in it.

> THE COURT: You have a right, I suppose, to seek to intervene in that case and to defend any interest of yours personally, but I see no reason why I should authorize you to hire lawyers on behalf of the companies.

> MR. STOLLER: Because if - -

> THE COURT: If you feel that the action indirectly impinges on your rights, nothing stops you from doing that.

(Transcript of Proceedings before the Honorable Jack B. Schmetterer, Feb. 15, 2007 at p. 10:12-20).

Setting to one side the fact that Stoller's motion to intervene was before this Court and not before Judge Schmetterer, this Court does not read Judge Schmetterer's comments above as any indication that Stoller has a right to intervene in this case.  Judge Schmetterer correctly advised Stoller that he had a right to *seek* to intervene in this action.  Stoller did seek intervention as of right in this action but, because he was not able to identify any significant, legally protectible interest in these proceedings, that motion was denied.  Stoller also sought permissive intervention but, because the Court found that permitting Stoller to intervene in this action would frustrate the parties' efforts to resolve this matter by settlement, that request was denied as well.

Stoller's Motion to Reconsider does not establish any manifest error of law or fact associated with this Court's denial of his motion to intervene.  Accordingly, Stoller's motion to reconsider is denied.

APPEAL, COLE

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00385
## Internal Use Only

Google Inc v. Central Mfg. Inc. et al
Assigned to: Honorable Virginia M. Kendall
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 01/19/2007
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Google Inc**                          represented by **Michael Thomas Zeller**
Quinn Emanuel Urquhart & Oliver,
LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William John Barrett**
Barack, Ferrazzano, Kirschbaum,
Perlman & Nagelberg
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 984-3100
Email: william.barrett@bfkpn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Mfg. Inc.**
*also known as*
Central Mfg Co
*also known as*

Central Mfg Co. (Inc.)
*also known as*
Central Manufacturing Company, Inc.
*also known as*
Central Mfg. Co. of Illinois

**Defendant**

**Stealth Industries, Inc.**
*also known as*
Rentamark
*also known as*
Rentamark.Com

**Defendant**

**Central Mfg. Inc. and Stealth
Industries, by and through Richard
M. Fogel, not individually but as
Chapter 7 Trustee**

**Movant**

**Leo Stoller**                          represented by **Leo Stoller**
                                          7115 W. North Avenue
                                          Oak Park, IL 60302
                                          PRO SE

V.

**Trustee**

**Richard M. Fogel, not individually,
but as chapter 7 trustee of the
bankruptcy estate of Leo Stoller**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2007 | **1** | COMPLAINT filed by Google Inc; (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | **2** | CIVIL Cover Sheet (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | **3** | ATTORNEY Appearance for Plaintiff Google Inc by Michael Thomas Zeller (eav, ) (Entered: 01/22/2007) |

| 01/19/2007 | **4** | ATTORNEY Appearance for Plaintiff Google Inc by William John Barrett (eav, ) (Entered: 01/22/2007) |
|---|---|---|
| 01/19/2007 | **5** | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Google Inc (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | **6** | (Court only) RECEIPT regarding payment of filing fee paid on 1/19/2007 in the amount of $350.00, receipt number 10337772 (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | **7** | SUMMONS Issued as to Defendant Central Mfg. Inc. (eav, ) (Entered: 01/22/2007) |
| 01/30/2007 | **8** | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to interplead (Exhibits) (eav, ) Additional attachment(s) added on 1/31/2007 (eav, ). (Entered: 01/31/2007) |
| 01/30/2007 | **9** | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend pending the Appeal to lift the automatic stay for Google to sue the debtor Leo Stoller (Exhibits) (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | **10** | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | **11** | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | **12** | NOTICE of Motion by Stealth Industries, Inc., Central Mfg. Inc. for presentment of motion to Interplead **9**, motion to Suspend **10**, motion to Suspend pending Appeal to lift automatic stay for Google to sue the Debtor, Leo Stoller, and **11**, motion to suspend pending the Trademark Trial and Appeal Board's Decision on the defendant's motion for summary judgment **8** before Honorable Virginia M. Kendall on 2/5/2007 at 9:00 AM. (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | **13** | PRO SE Appearance by Leo Stolla (eav, ) (Entered: 02/01/2007) |
| 02/05/2007 | **15** | MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. Motion to interplead **8**; Motion to suspend pending the Appeal to lift the automatic stay for Google to sue the debtor Leo Stoller **9**; Motion to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment **10**; and Motion to suspend **11** are entered and continued to 2/20/2007 at 9:00 AM. Responses due by 2/12/2007. No replies are necessary.Mailed notice (gmr, ) (Entered: 02/06/2007) |
| 02/06/2007 | **14** | SUMMONS Returned Executed by Google Inc as to Stealth Industries, Inc. on 1/23/2007, answer due 2/12/2007; Central Mfg. Inc. on 1/23/2007, answer due 2/12/2007. (Barrett, William) (Entered: 02/06/2007) |

| 02/06/2007 | **16** | MOTION by Leo Stolla to intervene (eav, ) (Entered: 02/07/2007) |
| 02/06/2007 | **17** | NOTICE of Motion by Leo Stolla for motion to intervene **16** before Honorable Virginia M. Kendall on 2/12/2007 at 9:00 AM. (eav, ) (Entered: 02/07/2007) |
| 02/07/2007 | **18** | MINUTE entry before Judge Virginia M. Kendall :Motion to intervene **16** is entered and continued to 2/20/2007 at 09:00 AM. Any response shall be filed by 2/12/2007. No reply is necessary. The presentment date of 2/12/2007 for said motion is hereby stricken.Mailed notice (gmr, ) (Entered: 02/07/2007) |
| 02/12/2007 | **19** | RESPONSE by Richard M. Fogel, not individually, but as chapter 7 trustee of the bankruptcy estate of Leo Stollerin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.suspend**10**, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.interplead**8**, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend**9**, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend**11**, MOTION by Plaintiff Leo Stolla to intervene**16** *and Joinder to Responses of Google Inc.* (Alwin, Janice) (Entered: 02/12/2007) |
| 02/12/2007 | **20** | RESPONSE by Google Incin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.interplead**8**, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend**9**, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend**11**, MOTION by Plaintiff Leo Stolla to intervene**16** (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | **21** | RESPONSE by Google Incin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.suspend**10** (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | **22** | DECLARATION of Michael T. Zeller regarding response in opposition to motion**21**, response in opposition to motion, **20** by Google Inc (Attachments: # **1** Exhibit 1# **2** Exhibit 2# **3** Exhibit 3# **4** Exhibit 4# **5** Exhibit 5# **6** Exhibit 6# **7** Exhibit 7# **8** Exhibit 8# **9** Exhibit 9# **10** Exhibit 10# **11** Exhibit 11# **12** Exhibit 12# **13** Exhibit 13# **14** Exhibit 14# **15** Exhibit 15# **16** Exhibit 16# **17** Exhibit 17# **18** Exhibit 18# **19** Exhibit 19# **20** Exhibit 20# **21** Exhibit 21# **22** Exhibit 22# **23** Exhibit 23# **24** Exhibit 24# **25** Exhibit 25# **26** Exhibit 26# **27** Exhibit 27# **28** Exhibit 28# **29** Exhibit 29# **30** Exhibit 30)(Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | **23** | MOTION by Plaintiff Google Inc for permanent injunction *(Stipulated)*, MOTION by Plaintiff Google Inc for judgment *(Final)* (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | **24** | NOTICE of Motion by William John Barrett for presentment of motion for permanent injunction, motion for judgment**23** before Honorable Virginia M. Kendall on 2/20/2007 at 09:00 AM. (Barrett, William |

| | | |
|---|---|---|
| | | (Entered: 02/12/2007) |
| 02/13/2007 | 25 | SUPPLEMENT by Google Inc to declaration,, 22 *Supplemental Declaration of Michael T. Zeller* (Barrett, William) (Entered: 02/13/2007) |
| 02/13/2007 | 26 | CERTIFICATE by Google Inc of Service of the Permanent Injunction and Final Judgment as to Defendants Central Mfg. Inc. and Stealth Industries, Inc.(Proposed Order) (Barrett, William) (Entered: 02/13/2007) |
| 02/13/2007 | 27 | MEMORANDUM by Google Inc in support of motion for permanent injunction, motion for permanent judgment 23 *Google Inc.'s Separate Memorandum in Support of Joint Motion for Entry of Stipulated Permanent Injunction and Final Judgment* (Barrett, William) (Entered: 02/13/2007) |
| 02/15/2007 | 28 | Notice of Filing Supplemental Authority by Leo Stolla ; Notice of filing (eav, ) (Entered: 02/20/2007) |
| 02/16/2007 | 30 | OBJECTION by Leo Stoller to Joint Moiton for Entry of Stipulated Permanent Inj8unction and Final Judgment; Notice of filing (Exhibits) (eav, ) (Entered: 02/21/2007) |
| 02/20/2007 | 29 | MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. All pending motions are taken under advisement, with a ruling by mail. Status hearing set for 3/13/2007 at 09:00 AM.Mailed notice (gmr, ) (Entered: 02/20/2007) |
| 02/22/2007 | 31 | REPLY by Defendant Leo Stolla to Trustee's Ominibus response in opposition to motions of debtor Leo Stoller to: (1) Intevene; (II) Interplead; (III) Suspend proceeding for sixty days to retain counsel, for defendants; (IV) Suspend pending appeal to lift automactic stay for Google to sue the debtor; and (V) Suspend pending trademark trial and appeal Board's decision for defendants' motion for summary judgment and joinder of responses by Google, Inc.; Notice of filing (eav, ) (Entered: 02/26/2007) |
| 03/02/2007 | 32 | MOTION by Defendant Leo Stolla to dismiss for failure to join a party under Rule F.R.C.P. 19 (eav, ) (Entered: 03/05/2007) |
| 03/02/2007 | 33 | NOTICE of Motion by Leo Stolla for presentment of motion to dismiss 32 before Honorable Virginia M. Kendall on 3/7/2007 at 09:00 AM. (eav, ) (Entered: 03/05/2007) |
| 03/02/2007 | 35 | REPLY by Defendant Leo Stolla to Google Inc.'s combined opposition to debtor Leo Stoller's motions (1) to intervene, (2) to interplead, (3) to suspend for sixty days to retain counsel for defendants and (4) to suspend pending appeal to lift automatic stay for Google to sue the debtor ; Notice of filing (eav, ) (Entered: 03/06/2007) |
| 03/02/2007 | 36 | REPLY by Movant Leo Stoller to Google Inc.'s opposition to debtor Leo Stoller's motion to suspend pending the trademark trial and appeal |

| | | |
|---|---|---|
| | | board's decision on defendant's motion for summary judgment **21** (Exhibits); Notice. (smm) (Entered: 03/08/2007) |
| 03/05/2007 | **34** | MINUTE entry before Judge Virginia M. Kendall :On March 2, 2007, Leo Stoller ("Stoller") filed a Motion to Dismiss for failure to join a party -- himself -- pursuant to Fed. R. Civ. P. 19. Stoller previously filed a motion to intervene in this action on February 6, 2007. The Court has not yet ruled upon that motion. As such, Stoller remains a non-party and lacks standing to file a motion pursuant to Rule 19. See Arrow v. Gambler's Supply, Inc., 55 F.3d 407, 409 (8th Cir. 1995) ("only a party may make a Rule 19 motion") (citing Thompson v. Boggs, 33 F.3d 847, 858 n. 10 (7th Cir. 1994) (noting lack of any precedent for granting a non-party's motion for joinder)). Accordingly, Stoller's Motion to Dismiss **32** is stricken and the parties need not appear on March 7, 2007.Mailed notice (gmr, ) (Entered: 03/05/2007) |
| 03/12/2007 | **37** | MINUTE entry before Judge Virginia M. Kendall :For the reasons set out in the Memorandum Opinion and Order, Motion to intervene **16** is denied; Motion to interplead **8** is denied; and Motions to suspend **9**, **10**, **11** are denied.Mailed notice (eav, ) (Entered: 03/12/2007) |
| 03/12/2007 | **38** | MEMORANDUM Opinion and Order Signed by Judge Virginia M. Kendall on 3/12/2007:Mailed notice(eav, ) (Entered: 03/13/2007) |
| 03/13/2007 | **39** | NOTICE of appeal by Leo Stoller regarding orders **37**, **38** ; Notice of Filing (Fee Due) (dj, ) (Entered: 03/15/2007) |
| 03/15/2007 | **40** | TRANSMITTED to the 7th Circuit the short record on 3/15/07 notice of appeal**39**. Notified counsel (dj, ) (Entered: 03/15/2007) |
| 03/15/2007 | **41** | MOTION by Movant Leo Stoller for leave to appeal in forma pauperis (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | **42** | NOTICE of Motion by Leo Stoller for presentment of motion for leave to appeal in forma pauperis**41** before Honorable Virginia M. Kendall on 3/19/2007 at 09:00 AM. (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | **43** | MOTION by Movant Leo Stoller under FRCP 59 and/or 60 (Exhibits) (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | **44** | NOTICE of Motion by Leo Stoller for presentment of under FRCP 59 and/or 60 **43** before Honorable Virginia M. Kendall on 3/19/2007 at 09:00 AM. (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | **45** | NOTICE by Leo Stoller of filing motion for leave to appeal in forma pauperis**41** (eav, ) (Entered: 03/16/2007) |
| 03/16/2007 | **46** | MINUTE entry before Judge Virginia M. Kendall :For the reasons stated below, Movant Stoller's motion to reconsider **43** is denied. The presentment date of 3/19/2007 for said motion is hereby stricken.Mailed notice (gmr, ) Additional attachment(s) added on 3/16/2007 (gmr, ). (Entered: 03/16/2007) |

| 03/16/2007 | **47** | RESPONSE by Google Incin Opposition to MOTION by Movant Leo Stoller for leave to appeal in forma pauperis**41** (Barrett, William) (Entered: 03/16/2007) |
|---|---|---|
| 03/16/2007 | **48** | NOTICE by Google Inc re response in opposition to motion**47** *Notice of Filing* (Barrett, William) (Entered: 03/16/2007) |
| 03/16/2007 | **49** | DECLARATION of Michael T. Zeller regarding response in opposition to motion**47** by Google Inc (Attachments: # **1** Exhibit A-G# **2** Exhibit H-J)(Barrett, William) (Entered: 03/16/2007) |
| 03/16/2007 | **50** | NOTICE by Google Inc re declaration**49** *Notice of Filing* (Barrett, William) (Entered: 03/16/2007) |
| 03/19/2007 | **51** | SUPPLEMENTAL NOTICE of appeal by Leo Stoller regarding orders **46**, **34** ;(Fee Due) (dj, ) (Entered: 03/20/2007) |
| 03/19/2007 | **52** | DESIGNATION by Leo Stoller of the content of the record on appeal : USCA Case No. 07-1569 (dj, ) (Entered: 03/20/2007) |