# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CIRCUIT RULE 3(b) NOTICE

**FILED**

**MARCH 15, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: March 15, 2007
Re: Google Incorporated v. Central Mfg Inc
    Appeal No.: 07-1569

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division    **WAH**
No. 07 C 385, Virginia M. Kendall, Judge

To:      Leo D. Stoller
         7115 W. North Avenue
         Oak Park, IL  60302

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 3/15/07.
The District Court has indicated that as of 3/13/07 the docket
fee has not been paid.  Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00
   notice of appeal filing fee to the District Court Clerk,
   **if you have not already done so.**  The Court of Appeals
   cannot accept this fee.  You should keep a copy of the
   receipt for your records.

2. File a motion to proceed on appeal in forma pauperis
   with the District Court, **if you have not already done so.**
   An original and three copies of that motion, with proof
   of service on your opponent, is required.  This motion must be
   supported by a sworn affidavit in the form prescribed by Form 4
   of the Appendix of Forms to the Federal Rules of Appellate Procedur
   (as amended 12/1/98), listing the assets and income of the
   appellant(s).

3. If the motion to proceed on appeal in forma pauperis is
   denied by the district court, you must either pay the
   required $450.00 docketing fee PLUS the $5.00 notice of
   appeal filing fee to the District Court Clerk, within 14
   days after service of notice of the action of the district
   court, or within 30 days of that date, renew your motion
   to proceed on appeal in forma pauperis with this court.
   If the motion is renewed in this court, it must comply with
   the terms of Fed. R. App. P. 24(a).

        If one of the above stated actions is not taken, the appeal
  will be dismissed.

(1258-020300)

Dockets.Justia.com