# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 385 | **DATE** | 3/19/2007 |
| **CASE TITLE** | Google Inc. Vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. For the reasons stated on the record in open court, Movant Stoller's motion for permission to appeal in forma pauperis [41] is granted.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | GR |
|---|---|---|

Case 1:07-cv-00385    Document 56    Filed 03/19/2007    Page 1 of 1

07C385 Google Inc. Vs. Central Mfg. Inc., et al.                                                                    Page 1 of 1

Dockets.Justia.com