Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 385 | **DATE** | 3/15/2007 |
| **CASE TITLE** | Google Inc. Vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

Joint Motion for Entry of Stipulated Permanent Injunction and Final Judgment [23] is granted. Enter Permanent Injunction and Final Judgment as to Defendants Central Mfg. Inc. and Stealth Industries, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | GR |
|---|---|---|

Dockets.Justia.com