# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

Date: March 19, 2007
Re:  Google Incorporated v. Central Mfg Inc
     Appeal No.: 07-1612

**FILED**

**MARCH 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 385, Virginia M. Kendall, Judge     **WAH**

TO:      Leo D. Stoller
         7115 W. North Avenue
         Oak Park, IL   60302

        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 3/19/07.
The District Court has indicated that as of 3/19/07 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $450.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, **if you have not already done so.**
      An original and three copies of that motion, with proof
      of service on your opponent, is required.  This motion must be
      supported by a sworn affidavit in the form prescribed by Form 4
      of the Appendix of Forms to the Federal Rules of Appellate Procedur
      (as amended 12/1/98), listing the assets and income of the
      appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the
      required $450.00 docketing fee PLUS the $5.00 notice of
      appeal filing fee to the District Court Clerk, within 14
      days after service of notice of the action of the district
      court, or within 30 days of that date, renew your motion
      to proceed on appeal in forma pauperis with this court.
      If the motion is renewed in this court, it must comply with

Dockets.Justia.

the terms of Fed. R. App. P. 4(a).

If one of the above stated actions is not taken, the appeal will be dismissed.

(1258-020300)