# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court  (312) 435-5850

**FILED**
**MARCH 23, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**WAH**

**To:**  District Court Clerk's Office

**Re:**  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Filed on:

Appellate Court No.:

Short Caption:

District Court Judge:

District Court No.:

If you have any questions regarding this appeal, please call this office.

**cc:**