

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Appeal No: 07-1651

| | | |
|---|---|---|
| GOOGLE, INC. | ) | |
| Plaintiff, | ) | Case No: 07-CV-385 |
| | ) | |
| vs. | ) | Hon. Virginia M. Kendall |
| | ) | |
| CENTRAL MFG. INC. a/k/a | ) | Magistrate Judge Cole |
| CENTRAL MFG. CO., a/k/a | ) | |
| CENTRAL MFG. CO.(INC)., | ) | Appeal from the U.S. District |
| a/k/a CENTRAL MANUFACTURING | ) | Court for the Northern District |
| COMPANY, INC. and a/k/a | ) | Eastern Division |
| CENTRAL MFG. CO. OF ILLINOIS; | ) | |
| and STEALTH INDUSTRIES, INC. | ) | Orders by Virginia M. Kendall |
| a/k/a RENTAMARK and a/k/a | ) | Dated 3/5/2007, 3/12/2007 |
| RENTAMARK.COM, | ) | and 3/16/2007 |
| | ) | |
| Defendants. | ) | |

## DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL

NOW COMES Leo Stoller and identifies the record for appeal which consists of the transcripts of the hearings on March 13 and March 19, 2007. Copies of the transcripts are attached hereto. The record for appeal also consists of the following motions, docket report and transcript:

1)    Motion To Suspend (Docket No. 11).

2)    Motion To Intervene (Docket No. 16).

3)    Motion To Interplead (Docket No. 8).

4)    Motion To Suspend Pending The Appeal To Lift The Automatic Stay For Google Inc. To Sue The Debtor Leo Stoller (Docket No. 9).

5)    Motion To Suspend Pending The Trademark Trial And Appeal Board's Decision On The Defendant's Motion For Summary Judgment (Docket No. 10).

6)    All documents listed on the attached U.S. District Court Docket Report

7)    Transcript of Proceedings Before The Honorable Virginia M. Kendall Dated February 20, 2007

Dockets.Justia.com

_Leo Stoll_

Leo Stoller
7115 W. North Avenue
Oak Park, Illinois  60302
(312) 545-4554
Email:  ldms4@hotmail.com

Date:  March 27, 2007

### Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to
the following address:

Clerk of the Court
United States Bankruptcy Court
219 South Dearborn
Chicago, IL  60607

Leo Stoller
Date:  March 27, 2007

### Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S.
Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
_Shaw, Gussis, Fishman, Glantx,_
 _Wolfson & Towbin LLC._
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois  60606

Leo Stoller
Date:  3-27-07

C:\MARKS43\GOOGLE3.DOA

2

09:14:24    1

2                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
3                             EASTERN DIVISION

4    GOOGLE, INC.,                        Case No. 1:07-cv-385

5        Plaintiff,                       Chicago, Illinois
                                          March 13, 2007
6            v.                           Status Conference

7    CENTRAL MANUFACTURING, INC.,
     et al.,
8
         Defendants.
9    - - - - - - - - - - - - - - - - - - - - - - - - - -

10                   TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE VIRGINIA M. KENDALL
11                   UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:      Quinn, Emanuel, Urquhart &
                             Oliver, LLP
14                           By:  Michael T. Zeller
                             865 S. Figueroa St., 10th Floor
15                           Los Angeles, CA 90017
                             (213) 443-3000
16
     Also Present:
17   Chapter 7 Trustee,      Shaw, Gussis, Fishman, Glantz,
     Richard M. Fogel        Wolfson & Towbin, LLC
18                           By:  Janice A. Alwin
                             321 N. Clark St., Ste. 800
19                           Chicago, IL 60610
                             (312) 541-0151
20
                             Leo Stoller
21                           7115 W. North Avenue
                             Oak Park, IL 60604
22                           (312) 545-4554

23   Court Reporter:         April M. Metzler, RPR, CRR
                             219 South Dearborn St., Rm. 2318-A
24                           Chicago, IL 60604
                             (312) 408-5154
25   Proceedings recorded by mechanical stenography;
     transcript produced by notereading.

2

| | | |
|---|---|---|
| 09:14:32 | 1 | (Commenced at 9:14 a.m.) |
| 09:14:32 | 2 | THE CLERK:  07C0385, Google versus Central |
| 09:14:38 | 3 | Manufacturing, status hearing. |
| 09:14:40 | 4 | MR. STOLLER:  Good morning, your Honor.  Leo |
| 09:14:42 | 5 | Stoller. |
| 09:14:42 | 6 | THE COURT:  Good morning, Mr. Stoller. |
| 09:14:44 | 7 | MS. ALWIN:  Good morning, your Honor. |
| 09:14:46 | 8 | Janice Alwin on behalf of the Chapter 7 Trustee, |
| 09:14:50 | 9 | A-l-w-i-n. |
| 09:14:50 | 10 | THE COURT:  Good morning. |
| 09:14:52 | 11 | MR. ZELLER:  Good morning, your Honor.  Mike |
| 09:14:52 | 12 | Zeller on behalf of Google, Inc. |
| 09:14:54 | 13 | THE COURT:  Good morning.  Well, I think |
| 09:14:54 | 14 | you've all received my opinion and order today, so I am |
| 09:14:58 | 15 | finding, Mr. Stoller, that you don't have standing to |
| 09:15:02 | 16 | intervene.  And that leaves us then with the issue of |
| 09:15:04 | 17 | the settlement agreement. |
| 09:15:06 | 18 | And if the settlement agreement is executed |
| 09:15:08 | 19 | and agreed to, what is the next step for me as far as |

09:15:22    1                    THE COURT:  Okay.  I'm not going to exercise

09:15:24    2    my discretion to do so.

09:15:26    3                    MR. STOLLER:  Thank you, Judge.

09:15:26    4                    THE COURT:  And so at this point, where do

09:15:28    5    we stand as far as the settlement agreement is

09:15:30    6    concerned?

09:15:30    7                    MS. ALWIN:  There is a joint motion before

09:15:32    8    your Honor to enter the permanent injunction.  The

09:15:34    9    settlement agreement has been executed by all parties.

09:15:38   10                    THE COURT:  Okay.  And I have reviewed that,

09:15:38   11    and I'll grant your motion then, the joint motion which

09:15:42   12    I know is opposed by Mr. Stoller and wanted to

09:15:44   13    intervene.  I denied his motion to intervene, and so I

09:15:48   14    will grant the preliminary injunction -- or the

09:15:50   15    permanent injunction, rather.

09:15:52   16                    Anything else?

09:15:52   17                    MR. ZELLER:  No, your Honor.  This should

09:15:54   18    conclude, I think, the proceedings with the entry of the

09:15:56   19    permanent injunction.

09:15:56   20                    THE COURT:  Okay.  Good luck, Mr. Stoller.

09:16:00   21    Thank you.

09:16:00   22                    MR. STOLLER:  Thank you very much.

09:16:00   23                    MS. ALWIN:  Thank you, your Honor.

09:16:02   24                    MR. ZELLER:  Thank you.

           25                    (Concluded at 9:16 a.m.)

1                             –  –  –

2

3

4

5

6

7                     C E R T I F I C A T E

8

9      I certify that the foregoing is a correct transcript

10   from the record of proceedings in the above-entitled

11   matter.

12

13   _____              03·13·07

14   April M. Metzler, RPR, CRR                  Date

15

16

17

18

19

20

21

22

23

24

25

09:06:58   1

2                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
3                              EASTERN DIVISION

4    GOOGLE, INC.,                        Case No. 1:07-cv-385

5        Plaintiff,                       Chicago, Illinois
                                          March 19, 2007
6            v.                           Motion Hearing

7    CENTRAL MANUFACTURING, INC.,
     et al.,
8
         Defendants.
9    -----------------------------------

10                      TRANSCRIPT OF MOTION HEARING
                BEFORE THE HONORABLE VIRGINIA M. KENDALL
11                      UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Plaintiff:     Barack, Ferrazzano, Kirschbaum,
                            Perlman & Nagelberg
14                          By:  William J. Barrett
                            333 W. Wacker Dr., Ste. 2700
15                          Chicago, IL 60606
                            (312) 984-3100
16
     Also Present:
17   Chapter 7 Trustee,     Shaw, Gussis, Fishman, Glantz,
     Richard M. Fogel       Wolfson & Towbin, LLC
18                          By:  Janice A. Alwin
                            321 N. Clark St., Ste. 800
19                          Chicago, IL 60610
                            (312) 541-0151
20
                            Leo Stoller
21                          7115 W. North Avenue
                            Oak Park, IL 60604
22                          (312) 545-4554

23   Court Reporter:        April M. Metzler, RPR, CRR
                            219 South Dearborn St., Rm. 2318-A
24                          Chicago, IL 60604
                            (312) 408-5154
25   Proceedings recorded by mechanical stenography;
     transcript produced by notereading.

09:07:02   1                    (Commenced at 9:07 a.m.)

09:07:02   2                    THE CLERK:  07C0385, Google versus Central

09:07:08   3    Manufacturing, motion hearing.

09:07:10   4                    MR. STOLLER:  Good morning, Judge.  Leo

09:07:12   5    Stoller, S-t-o-l-l-e-r.

09:07:14   6                    THE COURT:  Good morning, Mr. Stoller.

09:07:16   7                    MR. STOLLER:  Good to see you.

09:07:16   8                    THE COURT:  Good to see you too.

09:07:18   9                    MR. BARRETT:  Good morning, your Honor.

09:07:18  10    William Barrett for Google.  That's Barrett,

09:07:22  11    B-a-r-r-e-t-t.

09:07:22  12                    THE COURT:  Good morning.

09:07:24  13                    MS. ALWIN:  Good morning.  Janice Alwin on

09:07:26  14    behalf of Rick Fogel, trustee for the Chapter 7

09:07:30  15    bankruptcy.  A-l-w-i-n.

09:07:32  16                    THE COURT:  Good morning.

09:07:32  17                    Well, I rarely get an opposition to a motion

09:07:36  18    to proceed in forma pauperis, and so we are all here.  I

09:07:42  19    have received a response, and it looks like I've also

09:07:44  20    received a reply that was filed today, correct?

09:07:48  21                    MR. STOLLER:  Yes, Judge.

09:07:50  22                    THE COURT:  All right.  And I have not had a

09:07:50  23    chance to look at the reply, so why don't I listen to

09:07:54  24    you orally.  I know what your motion is, to proceed

09:07:58  25    in forma pauperis, so let me hear the opposition to

| | |
|---|---|
| 09:08:00 | 1 |
| 09:08:02 | 2 |
| 09:08:02 | 3 |
| 09:08:04 | 4 |
| 09:08:06 | 5 |
| 09:08:10 | 6 |
| 09:08:12 | 7 |
| 09:08:14 | 8 |
| 09:08:16 | 9 |
| 09:08:18 | 10 |
| 09:08:22 | 11 |
| 09:08:24 | 12 |
| 09:08:26 | 13 |
| 09:08:30 | 14 |
| 09:08:34 | 15 |
| 09:08:36 | 16 |
| 09:08:38 | 17 |
| 09:08:40 | 18 |
| 09:08:44 | 19 |
| 09:08:46 | 20 |
| 09:08:48 | 21 |
| 09:08:52 | 22 |
| 09:08:54 | 23 |
| 09:08:58 | 24 |
| 09:09:00 | 25 |

that, first.

MR. BARRETT:  Your Honor, the opposition is several points.  First, the affidavit that Mr. Stoller attached to his motion is nearly identical to the one that Judge Lindberg rejected in a very similar motion in the Pure Fishing case.  He found that the affidavit did not comply with requirements of the Seventh Circuit, which has an application for this purpose.  I also note that the affidavit submitted here is not sworn.

Second, as we note in our paper, the general statement of the affidavit, which is that Mr. Stoller is not financially able to pay the fee, is contradicted by a filing he made last month in the bankruptcy court.  He filed a motion for leave or for permission to retain counsel to represent the two corporate entities, which are now part of his bankruptcy estate.

In that motion he made statements that -- first implying that because -- that no estate funds would be needed to retain these lawyers or this lawyer, implying that he had the money to pay counsel.

Second, he makes statements saying that he's trying to settle his bankruptcy case for a payment of $100,000.  If he has $100,000 to settle his bankruptcy case, he can certainly afford the fee here.

Finally, your Honor, the -- I note that in

09:09:02   1    the bankruptcy case Mr. Stoller has taken the Fifth
09:09:06   2    Amendment with respect to questions on his assets.  I
09:09:08   3    think in that case that this sort of relief here is not
09:09:10   4    appropriate.
09:09:10   5              THE COURT:  Okay.
09:09:10   6              MR. STOLLER:  Your Honor, I'd like to
09:09:12   7    address the fact that the circumstances -- my economic
09:09:16   8    circumstances have changed since I was in front of Judge
09:09:18   9    Lindberg.  In terms of the attorney that he talked about
09:09:22   10   that I was retaining was on a barter system.  He's with
09:09:26   11   Illinois Trade.  And one of my family members, who has a
09:09:30   12   business that's with Illinois Trade contacted Illinois
09:09:32   13   Trade on my behalf.  And had I had the right to
09:09:36   14   represent Judge Schmetterer, my corporations, I would
09:09:40   15   have been able to use this attorney not with money, but
09:09:42   16   with barter, because Illinois Trade is a barter
09:09:46   17   association.  A lot of lawyers are in it.
09:09:48   18             In terms of the hundred-thousand-dollar
09:09:50   19   settlement, the trustee is holding $345,000 in my
09:09:56   20   daughter's home, which is -- he has seized and it was
09:10:00   21   sold.  It was a home my mother left to her, and it was
09:10:02   22   in my name for one day and my mother was -- willed it to
09:10:06   23   my daughter.  So the hundred thousand would have come
09:10:08   24   out.  My daughter would have borrowed that to me.  Right
09:10:10   25   now I don't have access to it, but that's what I offered

| | |
|---|---|
| 09:10:12 | 1 |

to settle my debt with --

09:10:14  2            THE COURT:  Wait, Mr. Stoller.  What I think

09:10:16  3  I'll do is what I do with all IFPs, when they come in

09:10:20  4  like this.

09:10:20  5            Ms. Rosegay, will you put Mr. Stoller under

09:10:24  6  oath, since we don't have a sworn affidavit?  And I'll

09:10:26  7  ask you some questions about your financial status.

09:10:32  8            (The witness was sworn by the clerk.)

09:10:32  9            THE COURT:  Okay.  Sir, first of all, do you

09:10:36  10  have any income coming into your house now --

09:10:38  11            MR. STOLLER:  No, Judge.

09:10:38  12            THE COURT:  -- as your household?

09:10:40  13            And who do you live with?

09:10:40  14            MR. STOLLER:  I live with my brother.

09:10:42  15            THE COURT:  And is it his house or your --

09:10:44  16  his house or your house?

09:10:44  17            MR. STOLLER:  His house.

09:10:46  18            THE COURT:  Does he own the house?

09:10:46  19            MR. STOLLER:  No.

09:10:48  20            THE COURT:  All right.  Do you pay rent to

09:10:50  21  him?

09:10:50  22            MR. STOLLER:  No.

09:10:50  23            THE COURT:  Who owns the house?

09:10:52  24            MR. STOLLER:  The house is owned by his

09:10:52  25  daughter.

09:10:52   1                       THE COURT:  Okay.

09:10:54   2                       MR. STOLLER:  And my brother's on Social

09:10:56   3   Security Disability.

09:10:56   4                       THE COURT:  Okay.  How are you paying for,

09:10:58   5   say, food and getting around here to court today?

09:11:00   6                       MR. STOLLER:  My brother, out of his Social

09:11:02   7   Security disability payments that he receives from

09:11:04   8   Social Security, gives me some money.

09:11:06   9                       THE COURT:  Okay.  And do you have any other

09:11:08  10   assets that you can access?  For example -- let me go

09:11:12  11   through the list.  Do you have any savings accounts?

09:11:12  12                       MR. STOLLER:  No, no, Judge.

09:11:14  13                       THE COURT:  Do you have any money in a

09:11:16  14   checking account?

09:11:16  15                       MR. STOLLER:  No, Judge.

09:11:16  16                       THE COURT:  Do you have any stocks or bonds?

09:11:18  17                       MR. STOLLER:  No, Judge.

09:11:20  18                       THE COURT:  Do you have any money invested

09:11:20  19   in any companies that you have access to?

09:11:22  20                       MR. STOLLER:  No, Judge.

09:11:24  21                       THE COURT:  Do you have any dependents that

09:11:26  22   can support you, such as children?

09:11:30  23                       MR. STOLLER:  I have a daughter who's 39,

09:11:34  24   but she is in Arizona and has -- I have two

09:11:36  25   grandchildren.  And she is not in a position where she

09:11:40   1   can support her father.

09:11:40   2                   THE COURT:   Okay.   And regarding where

09:11:44   3   you're living right now, who's paying the mortgage on

09:11:48   4   that house?

09:11:50   5                   MR. STOLLER:   My daughter -- my son's -- my

09:11:54   6   son's -- not my son -- my brother's daughter's paying

09:11:58   7   the mortgage on the house.

09:12:00   8                   THE COURT:   Okay.   Who pays for the

09:12:00   9   groceries?

09:12:02  10                   MR. STOLLER:   His wife is working.

09:12:04  11   Christopher -- my brother's wife does work.

09:12:06  12                   THE COURT:   All right.   Do you have a

09:12:06  13   vehicle, a car of any kind?

09:12:08  14                   MR. STOLLER:   I have a 1988 Honda -- a 1988

09:12:16  15   Honda.

09:12:16  16                   THE COURT:   All right.   Do you make any

09:12:16  17   payments on that?

09:12:18  18                   MR. STOLLER:   No.   I've had it for fifteen

09:12:20  19   years.

09:12:20  20                   THE COURT:   Okay.   And other than the income

09:12:22  21   that I just discussed, do you have any liabilities that

09:12:24  22   you're paying out?   Do you have any loans or mortgages

09:12:26  23   or rents or anything that you're paying out?

09:12:30  24                   MR. STOLLER:   The only thing that I'm

09:12:32  25   paying -- and I have claims of $2.3 million against me

09:12:34   1   in my bankruptcy estate, and I'm not making any

09:12:38   2   payments.  I don't have any money to make any payments.

09:12:40   3   And the most embarrassing thing is I can't even make my

09:12:44   4   child support payments, and as a result I'm unable to

09:12:48   5   see my children.  Because in order to see my three

09:12:50   6   children -- I'm going through a divorce right now -- I

09:12:52   7   have to participate in what's called supervised

09:12:54   8   visitation.  $150 a week to pay a doctor to be present

09:13:00   9   to see my children.

09:13:02   10             I don't have the funds to do that.  I

09:13:04   11  haven't been able to see my children -- and this is very

09:13:06   12  embarrassing, because I love them very much -- once

09:13:08   13  since November, early November.

09:13:10   14             THE COURT:  Because you don't have the

09:13:12   15  money --

09:13:12   16             MR. STOLLER:  I don't have the money.

09:13:14   17             THE COURT:  -- to pay for that supervision,

09:13:14   18  that $150 supervision?

09:13:16   19             MR. STOLLER:  Right, exactly.  Otherwise, I

09:13:18   20  would see them.  And prior to my divorce -- being in a

09:13:20   21  divorce, I was Mr. Mom and took care of them and raised

09:13:24   22  them.  My wife was a nurse and worked weekends and I

09:13:28   23  took care of them during the week, so it's extremely

09:13:30   24  stressful not to be able to be with them at all.

09:13:32   25             THE COURT:  Okay.  Now, Counsel, you've

| | | |
|---|---|---|
| 09:13:34 | 1 | objected saying that he has assets.  You've heard his |
| 09:13:36 | 2 | statement under oath.  What do you believe the assets |
| 09:13:38 | 3 | are that he has that he can access to pay for his filing |
| 09:13:42 | 4 | fee upstairs? |
| 09:13:44 | 5 | MR. BARRETT:  Your Honor, our position is |
| 09:13:44 | 6 | not that we know that he has assets, but he hasn't been |
| 09:13:48 | 7 | forthcoming in the bankruptcy case to describe his |
| 09:13:50 | 8 | assets.  I think this may be the first time under oath |
| 09:13:52 | 9 | that he has described any assets that he has. |
| 09:13:54 | 10 | MS. ALWIN:  It is, actually, your Honor, the |
| 09:13:56 | 11 | first time under oath. |
| 09:13:58 | 12 | THE COURT:  Well, I didn't realize I had |
| 09:13:58 | 13 | done anything so groundbreaking, but simply when someone |
| 09:14:02 | 14 | seeks to proceed before me or to go upstairs, I always |
| 09:14:06 | 15 | ask under oath what your assets are. |
| 09:14:10 | 16 | I have no reason, based upon the statements |
| 09:14:12 | 17 | here that Mr. Stoller made or your objection to it, to |
| 09:14:16 | 18 | not believe him, that he doesn't have any assets.  So |
| 09:14:18 | 19 | I'm going to grant your motion -- |
| 09:14:20 | 20 | MR. STOLLER:  Thank you, Judge. |
| 09:14:22 | 21 | THE COURT:  -- to proceed in forma |
| 05:14:24 | 22 | pauperis -- |
| 09:14:24 | 23 | MR. STOLLER:  Thank you. |
| 08:14:24 | 24 | THE COURT:  -- and we have nothing further, |
| 09:14:26 | 25 | I think, before this Court.  All right.  Thank you. |

09:14:26    1                    MR. STOLLER:   Thank you.

09:14:28    2                    MR. BARRETT:   Thank you.

09:14:28    3                    MS. ALWIN:   Thank you.

            4                    (Concluded at 9:14 a.m.)

            5                              - - -

            6

            7

            8

            9

           10

           11                    C E R T I F I C A T E

           12

           13        I certify that the foregoing is a correct transcript

           14    from the record of proceedings in the above-entitled

           15    matter.

           16

           17    _____              03.19.07

           18    April M. Metzler, RPR, CRR                    Date

           19

           20

           21

           22

           23

           24

           25

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 385 | **DATE** | 3/19/2007 |
| **CASE TITLE** | Google Inc. Vs. Central Mfg. Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. For the reasons stated on the record in open court, Movant Stoller's motion for permission to appeal in forma pauperis [41] is granted.

Docketing to mail notices

00:07

| | | Courtroom Deputy Initials. | GR |
|---|---|---|---|