IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

**Appeal No: 07-1612**

| | |
|---|---|
| GOGGLE, INC. ) | |
| ) | |
| Plaintiff, ) | Case No: 07-CV-385 |
| ) | |
| vs. ) | Hon. Virginia M. Kendall |
| ) | |
| CENTRAL MFG. INC. a/k/a ) | Magistrate Judge Cole |
| CENTRAL MFG. CO., a/k/a ) | |
| CENTRAL MFG. CO.(INC)., ) | Appeal from the U.S. District |
| a/k/a CENTRAL MANUFACTURING ) | Court for the Northern District |
| COMPANY, INC. and a/k/a ) | Eastern Division |
| CENTRAL MFG. CO. OF ILLINOIS; ) | |
| and STEALTH INDUSTRIES, INC. ) | Orders by Virginia M. Kendall |
| a/k/a RENTAMARK and a/k/a ) | Dated 3/5/2007, 3/12/2007 |
| RENTAMARK.COM, ) | and 3/16/2007 |
| ) | |
| Defendants. ) | |

FILED
APR 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DESIGNATION OF ADDITIONAL CONTENT OF THE RECORD ON APPEAL

NOW COMES Leo Stoller and identifies the record for appeal which consists of the transcripts of the hearings on March 13 and March 19, 2007. The record for appeal also consists of the following motions, docket report and transcript:

1) Motion To Suspend (Docket No. 11).

2) Motion To Intervene (Docket No. 16).

3) Motion To Interplead (Docket No. 8).

4) Motion To Suspend Pending The Appeal To Lift The Automatic Stay For Google Inc. To Sue The Debtor Leo Stoller (Docket No. 9).

5) Motion To Suspend Pending The Trademark Trial And Appeal Board's Decision On The Defendant's Motion For Summary Judgment (Docket No. 10).

6) All documents listed on the attached U.S. District Court Docket Report

7) Transcript of Proceedings Before The Honorable Virginia M. Kendall Dated February 20, 2007

_[signature]_
---
Leo Stoller
7115 W. North Avenue
Oak Park, Illinois  60302
(312) 545-4554
Email:  ldms4@hotmail.com

Date:  April 10, 2007

## Certificate of Mailing

I hereby certify that the foregoing is being hand-delivered to
the following address:

Clerk of the Court
United States Court of Appeals
219 South Dearborn
Chicago, IL  60607

_[signature]_
---
Leo Stoller
Date:  April 10, 2007

## Certificate of Service

I hereby certify that the foreging is being deposited with the U.S.
Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
*Shaw, Gussis, Fishman, Glantx,*
 *Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois  60606

_[signature]_
---
Leo Stoller
Date:  4-10-07

C:\MARKS43\GOOGLE5.DOA