

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                                    312-435-5670

April 12, 2007

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Google -v- Stroller

U.S.D.C. DOCKET NO. : 07 cv 385

U.S.C.A. DOCKET NO. : 07-1569, 07-1612 and 07-1651

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                           *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)                         *3 Transcripts*

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                                           *2 Loose Pleadings*

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                     Very truly yours,

                                                     Michael W. Dobbins, Clerk

                                                     By:_____
                                                        D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*
*2 Loose Pleadings*
*3 Transcripts*

In the cause entitled: Google -v- Stroller.

USDC NO.    : 07 cv 385

USCA NO.    : 07-1569, 07-1612 and 07-1651

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 12th day of Apr. 2007.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled: *Google -v- Stroller*

USDC No.: 07 cv 385

USCA No.: 07-1569, 07-1612, 07-1651

| FILED DATE | ITEM NO. | DESCRIPTION |
| --- | --- | --- |
| 1/19/07 | 1 | COMPLAINT by plaintiff |
| 2/12/07 | 21 | DECLARATION of Michael T. Zeller |
| 3/21/07 | 59-1, 2 and 3 | TRANSCRIPT of proceedings before Judge Kendall held 2/5/07, 3/13/07 and 3/19/07 (3vols) |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 12th day of Apr. 2007.

MICHAEL W. DOBBINS, CLERK

By:_____
    D. Jordan, Deputy Clerk

APPEAL, COLE, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00385
### Internal Use Only

Google Inc v. Central Mfg. Inc. et al
Assigned to: Honorable Virginia M. Kendall
Case in other court:   07-01612
                       07-01651
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 01/19/2007
Date Terminated: 03/15/2007
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Google Inc**       represented by   **Michael Thomas Zeller**
Quinn Emanuel Urquhart & Oliver, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William John Barrett**
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg
333 West Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 984-3100
Email: william.barrett@bfkpn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Mfg. Inc.**
*also known as*
Central Mfg Co
*also known as*
Central Mfg Co. (Inc.)
*also known as*
Central Manufacturing Company, Inc.
*also known as*
Central Mfg. Co. of Illinois

**Defendant**

**Stealth Industries, Inc.**
*also known as*
Rentamark
*also known as*
Rentamark.Com

**Defendant**

**Central Mfg. Inc. and Stealth Industries, by and through Richard M. Fogel, not individually but as Chapter 7 Trustee**

**Movant**

**Leo Stoller**   represented by **Leo Stoller**
7115 W. North Avenue
Oak Park, IL 60302
PRO SE

V.

**Trustee**

**Richard M. Fogel, not individually, but as chapter 7 trustee of the bankruptcy estate of Leo Stoller**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2007 | S/C 1 | COMPLAINT filed by Google Inc; (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 2 | CIVIL Cover Sheet (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 3 | ATTORNEY Appearance for Plaintiff Google Inc by Michael Thomas Zeller (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 4 | ATTORNEY Appearance for Plaintiff Google Inc by William John Barrett (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 5 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Google Inc (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 6 | (Court only) RECEIPT regarding payment of filing fee paid on 1/19/2007 in the amount of $350.00, receipt number 10337772 (eav, ) (Entered: 01/22/2007) |
| 01/19/2007 | 7 | SUMMONS Issued as to Defendant Central Mfg. Inc. (eav, ) (Entered: 01/22/2007) |
| 01/30/2007 | 8 | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to interplead (Exhibits) (eav, ) Additional attachment(s) added on 1/31/2007 (eav, ). (Entered: 01/31/2007) |
| 01/30/2007 | 9 | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend pending the Appeal to lift the automatic stay for Google to sue the debtor Leo Stoller (Exhibits) (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | 10 | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | 11 | MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc. to suspend (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | 12 | NOTICE of Motion by Stealth Industries, Inc., Central Mfg. Inc. for presentment of motion to Interplead 9, motion to Suspend 10, motion to Suspend pending Appeal to lift automatic stay for Google to sue the Debtor, Leo Stoller, and 11, motion to suspend pending the Trademark Trial and Appeal Board's Decision on the defendant's motion for summary judgment 8 before Honorable Virginia M. Kendall on 2/5/2007 at 9:00 AM. (eav, ) (Entered: 01/31/2007) |
| 01/30/2007 | 13 | PRO SE Appearance by Leo Stolla (eav, ) (Entered: 02/01/2007) |
| 02/05/2007 | 15 | MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. Motion to interplead 8; Motion to suspend pending the Appeal to lift the automatic stay for Google to sue the debtor Leo Stoller 9; Motion to suspend pending the Trademark trial and Appeal Board's decision on the defendant's motion for summary judgment 10; and Motion to |

| | | |
|---|---|---|
| | | suspend 11 are entered and continued to 2/20/2007 at 9:00 AM. Responses due by 2/12/2007. No replies are necessary. Mailed notice (gmr, ) (Entered: 02/06/2007) |
| 02/06/2007 | 14 | ~~SUMMONS Returned Executed by Google Inc as to Stealth Industries, Inc. on 1/23/2007, answer due 2/12/2007; Central Mfg. Inc. on 1/23/2007, answer due 2/12/2007. (Barrett, William) (Entered: 02/06/2007)~~ |
| 02/06/2007 | 16 | MOTION by Leo Stolla to intervene (eav, ) (Entered: 02/07/2007) |
| 02/06/2007 | 17 | ~~NOTICE of Motion by Leo Stolla for motion to intervene 16 before Honorable Virginia M. Kendall on 2/12/2007 at 9:00 AM. (eav, ) (Entered: 02/07/2007)~~ |
| 02/07/2007 | 18 | MINUTE entry before Judge Virginia M. Kendall :Motion to intervene 16 is entered and continued to 2/20/2007 at 09:00 AM. Any response shall be filed by 2/12/2007. No reply is necessary. The presentment date of 2/12/2007 for said motion is hereby stricken. Mailed notice (gmr, ) (Entered: 02/07/2007) |
| 02/12/2007 | 19 | RESPONSE by Richard M. Fogel, not individually, but as chapter 7 trustee of the bankruptcy estate of Leo Stollerin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.suspend10, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.interplead8, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend9, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend11, MOTION by Plaintiff Leo Stolla to intervene16 *and Joinder to Responses of Google Inc.* (Alwin, Janice) (Entered: 02/12/2007) |
| 02/12/2007 | 20 | RESPONSE by Google Incin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.interplead8, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend9, MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.to suspend11, MOTION by Plaintiff Leo Stolla to intervene16 (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | 21 | RESPONSE by Google Incin Opposition to MOTION by Defendants Stealth Industries, Inc., Central Mfg. Inc.suspend10 (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 **S/C** | 22 | DECLARATION of Michael T. Zeller regarding response in opposition to motion21, response in opposition to motion, 20 by Google Inc (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit |

| Date | # | Description |
|---|---|---|
| | | 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30)(Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | 23 | MOTION by Plaintiff Google Inc for permanent injunction *(Stipulated)*, MOTION by Plaintiff Google Inc for judgment *(Final)* (Barrett, William) (Entered: 02/12/2007) |
| 02/12/2007 | 24 | ~~NOTICE of Motion by William John Barrett for presentment of motion for permanent injunction, motion for judgment 23 before Honorable Virginia M. Kendall on 2/20/2007 at 09:00 AM. (Barrett, William) (Entered: 02/12/2007)~~ |
| 02/13/2007 | 25 | SUPPLEMENT by Google Inc to declaration,, 22 *Supplemental Declaration of Michael T. Zeller* (Barrett, William) (Entered: 02/13/2007) |
| 02/13/2007 | 26 | ~~CERTIFICATE by Google Inc of Service of the Permanent Injunction and Final Judgment as to Defendants Central Mfg. Inc. and Stealth Industries, Inc.(Proposed Order) (Barrett, William) (Entered: 02/13/2007)~~ |
| 02/13/2007 | 27 | MEMORANDUM by Google Inc in support of motion for permanent injunction, motion for judgment 23 *Google Inc.'s Separate Memorandum in Support of Joint Motion for Entry of Stipulated Permanent Injunction and Final Judgment* (Barrett, William) (Entered: 02/13/2007) |
| 02/15/2007 | 28 | ~~Notice of Filing Supplemental Authority by Leo Stolla ; Notice of filing (eav, ) (Entered: 02/20/2007)~~ |
| 02/16/2007 | 30 | OBJECTION by Leo Stoller to Joint Moiton for Entry of Stipulated Permanent Inj8unction and Final Judgment; Notice of filing (Exhibits) (eav, ) (Entered: 02/21/2007) |
| 02/20/2007 | 29 | MINUTE entry before Judge Virginia M. Kendall :Motion hearing held. All pending motions are taken under advisement, with a ruling by mail. Status hearing set for 3/13/2007 at 09:00 AM.Mailed notice (gmr, ) (Entered: 02/20/2007) |
| 02/22/2007 | 31 | REPLY by Defendant Leo Stolla to Trustee's Ominibus response in opposition to motions of debtor Leo Stoller to: (1) Intevene; (II) Interplead; (III) Suspend proceeding for sixty days to retain counsel, for defendants; (IV) Suspend pending appeal to lift automactic stay for Google to sue the debtor; and (V) Suspend pending trademark trial and appeal Board's decision for defendants' motion for summary judgment and joinder of responses by Google, Inc.; Notice of filing (eav, ) (Entered: 02/26/2007) |
| 03/02/2007 | 32 | MOTION by Defendant Leo Stolla to dismiss for failure to join a party |

| | | |
|---|---|---|
| | | under Rule F.R.C.P. 19 (eav, ) (Entered: 03/05/2007) |
| 03/02/2007 | 33 | NOTICE of Motion by Leo Stolla for presentment of motion to dismiss32 before Honorable Virginia M. Kendall on 3/7/2007 at 09:00 AM. (eav, ) (Entered: 03/05/2007) |
| 03/02/2007 | 35 | REPLY by Defendant Leo Stolla to Google Inc.'s combined opposition to debtor Leo Stoller's motions (1) to intervene, (2) to interplead, (3) to suspend for sixty days to retain counsel for defendants and (4) to suspend pending appeal to lift automatic stay for Google to sue the debtor ; Notice of filing (eav, ) (Entered: 03/06/2007) |
| 03/02/2007 | 36 | REPLY by Movant Leo Stoller to Google Inc.'s opposition to debtor Leo Stoller's motion to suspend pending the trademark trial and appeal board's decision on defendant's motion for summary judgment 21 (Exhibits); Notice. (smm) (Entered: 03/08/2007) |
| 03/05/2007 | 34 | MINUTE entry before Judge Virginia M. Kendall :On March 2, 2007, Leo Stoller ("Stoller") filed a Motion to Dismiss for failure to join a party -- himself -- pursuant to Fed. R. Civ. P. 19. Stoller previously filed a motion to intervene in this action on February 6, 2007. The Court has not yet ruled upon that motion. As such, Stoller remains a non-party and lacks standing to file a motion pursuant to Rule 19. See Arrow v. Gambler's Supply, Inc., 55 F.3d 407, 409 (8th Cir. 1995) ("only a party may make a Rule 19 motion") (citing Thompson v. Boggs, 33 F.3d 847, 858 n. 10 (7th Cir. 1994) (noting lack of any precedent for granting a non-party's motion for joinder)). Accordingly, Stoller's Motion to Dismiss 32 is stricken and the parties need not appear on March 7, 2007.Mailed notice (gmr, ) (Entered: 03/05/2007) |
| 03/12/2007 | 37 | MINUTE entry before Judge Virginia M. Kendall :For the reasons set out in the Memorandum Opinion and Order, Motion to intervene 16 is denied; Motion to interplead 8 is denied; and Motions to suspend 9, 10, 11 are denied. Mailed notice (eav, ) (Entered: 03/13/2007) |
| 03/12/2007 | 38 | MEMORANDUM Opinion and Order Signed by Judge Virginia M. Kendall on 3/12/2007:Mailed notice(eav, ) (Entered: 03/13/2007) |
| 03/13/2007 | 39 | NOTICE of appeal by Leo Stoller regarding orders 37, 38 ; Notice of Filing (Fee Due) (dj, ) (Entered: 03/15/2007) |
| 03/15/2007 | 40 | TRANSMITTED to the 7th Circuit the short record on 3/15/07 notice of appeal39. Notified counsel (dj, ) (Entered: 03/15/2007) |
| 03/15/2007 | 41 | MOTION by Movant Leo Stoller for leave to appeal in forma pauperis (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | 42 | NOTICE of Motion by Leo Stoller for presentment of motion for leave to appeal in forma pauperis41 before Honorable Virginia M. Kendall on 3/19/2007 at 09:00 AM. (eav, ) (Entered: 03/16/2007) |

| | | |
|---|---|---|
| 03/15/2007 | 43 | MOTION by Movant Leo Stoller under FRCP 59 and/or 60 (Exhibits) (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | 44 | ~~NOTICE of Motion by Leo Stoller for presentment of under FRCP 59 and/or 60 43 before Honorable Virginia M. Kendall on 3/19/2007 at 09:00 AM. (eav, ) (Entered: 03/16/2007)~~ |
| 03/15/2007 | 45 | NOTICE by Leo Stoller of filing motion for leave to appeal in forma pauperis41 (eav, ) (Entered: 03/16/2007) |
| 03/15/2007 | 54 | ~~ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 39; USCA Case No. 07-1569. (smm) (Entered: 03/20/2007)~~ |
| 03/15/2007 | 55 | ~~CIRCUIT Rule 3(b) Notice. (smm) (Entered: 03/20/2007)~~ |
| 03/15/2007 | 57 | MINUTE entry before Judge Virginia M. Kendall :Joint motion for entry of stipulated permanent injunction and final judgment 23 is granted. Enter permanent injunction and final judgment as to defendants Central Mfg., Inc. and Stealth Industries, Inc. Mailed notice Civil case terminated (eav, ) (Entered: 03/20/2007) |
| 03/15/2007 | 58 | PERMANENT INJUNCTION and Final Judgment as to defendants Central Mfg., Inc. and Stealth Industries, Inc. Signed by Judge Virginia M. Kendall on 3/15/2007:Mailed notice(eav, ) (Entered: 03/20/2007) |
| 03/16/2007 | 46 | MINUTE entry before Judge Virginia M. Kendall :For the reasons stated below, Movant Stoller's motion to reconsider 43 is denied. The presentment date of 3/19/2007 for said motion is hereby stricken.Mailed notice (gmr, ) Additional attachment(s) added on 3/16/2007 (gmr, ). (Entered: 03/16/2007) |
| 03/16/2007 | 47 | RESPONSE by Google Incin Opposition to MOTION by Movant Leo Stoller for leave to appeal in forma pauperis41 (Barrett, William) (Entered: 03/16/2007) |
| 03/16/2007 | 48 | ~~NOTICE by Google Inc re response in opposition to motion47 *Notice of Filing* (Barrett, William) (Entered: 03/16/2007)~~ |
| 03/16/2007 | 49 | DECLARATION of Michael T. Zeller regarding response in opposition to motion47 by Google Inc (Attachments: # 1 Exhibit A-G# 2 Exhibit H-J)(Barrett, William) (Entered: 03/16/2007) |
| 03/16/2007 | 50 | NOTICE by Google Inc re declaration49 *Notice of Filing* (Barrett, William) (Entered: 03/16/2007) |
| 03/19/2007 | 51 | SUPPLEMENTAL NOTICE of appeal by Leo Stoller regarding orders 46, 34 ;(Fee Due) (dj, ) (Entered: 03/20/2007) |
| 03/19/2007 | 52 | DESIGNATION by Leo Stoller of the content of the record on appeal : USCA Case No. 07-1569 (dj, ) (Entered: 03/20/2007) |
| 03/19/2007 | 56 | MINUTE entry before Judge Virginia M. Kendall :Motion hearing held |

| | | |
|---|---|---|
| | | on 3/19/2007. For the reasons stated on the record in open court, movant Stoller's motion for permission to appeal in forma pauperis 41 is granted. Mailed notice (eav, ) (Entered: 03/20/2007) |
| 03/19/2007 | 60 | REPLY by Movant Leo Stoller to Google's opposition to motion for permission to appeal in forma pauperis (eav, ) (Entered: 03/22/2007) |
| 03/20/2007 | 53 | ~~TRANSMITTED to the 7th Circuit the short record on 3/20/07 notice of appeal51. Notified counsel (dj, ) (Entered: 03/20/2007)~~ |
| 03/20/2007 | 61 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal39 ; USCA Case No. 07-1612. (rp, ) (Entered: 03/23/2007)~~ |
| 03/20/2007 | 62 | ~~CIRCUIT Rule 3(b) Notice. (rp, ) (Entered: 03/23/2007)~~ |
| 03/21/2007 **S/C** | 59 | TRANSCRIPT of proceedings for the following dates: 2/5/07, 3/13/07 and 3/19/07; Before the Honorable Virginia M. Kendall (3 volumes) (eav, ) (Entered: 03/22/2007) |
| 03/21/2007 | 63 | SUPPLEMENTAL NOTICE of appeal by Leo Stoller regarding orders 58, 57 ; (Fee Due) (dj, ). (Entered: 03/23/2007) |
| 03/23/2007 | 64 | ~~TRANSMITTED to the 7th Circuit the short record on 3/23/07 notice of appeal63. Notified counsel (dj, ) (Entered: 03/23/2007)~~ |
| 03/23/2007 | 65 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal63 ; USCA Case No. 07-1651. (smm) (Entered: 03/27/2007)~~ |
| 03/23/2007 | 66 | ~~CIRCUIT Rule 3(b) Notice. (smm) (Entered: 03/27/2007)~~ |
| 03/27/2007 | 67 | DESIGNATION of the content by Leo Stoller of record on appeal : USCA Case No. 07-1651 (dj, ) (Entered: 03/28/2007) |
| 03/27/2007 | 68 | COPIES OF TRANSCRIPTS of the hearing before the Honorable Virginia M. Kendall on March 13, 2007, 2) Transcript of the hearing before the Honorable Virginia M. Kendall on March 19, 2007 and 3) Transcript of the hearing before the Honorable Jack B. Schmetterer on March 1, 2007 by Leo Stoller; Notice. (td, ) (Entered: 03/29/2007) |
| 03/28/2007 | 69 | DESIGNATION by Leo Stoller of Additional Content of the Record on Appeal. (rp, ) (Entered: 03/30/2007) |
| 04/10/2007 | 70 | DESIGNATION by Leo Stoller of additional content of the record on appeal 46 : USCA Case No. 07-1651 (hp, ) (Entered: 04/12/2007) |

**KEY**

**All items are included in this record.         (Or)**
**All cross out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**