

**FILE COPY**

# UNITED STATES DISTRICT COURT
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

Michael W. Dobbins, Clerk     April 13, 2007     Office of the Clerk

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE:    Google, Inc., Vs. Central Mfg., Inc., et al, (Leo Stoller, Movant/Appellant)

U.S.D.C. DOCKET NO.     07-CV-385 (Judge Kendall)

U.S.C.A. DOCKET NO.     07-1569, 07-1612 and 07-1651

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

| | |
|---|---|
| NONE | VOLUME(S) OF PLEADING(S) |
| ONE | VOLUME(S) OF TRANSCRIPT(S) |
| NONE | VOLUME(S) OF DEPOSITION(S) |
| EXHIBITS: | NONE |
| VAULT ITEMS: | NONE |
| OTHER (SPECIFY): | NONE |
| SPECIAL NOTE: | NONE |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

Angel Revis, Deputy Clerk

Att.

cc: Counsel of record

United States of America            }
                                    }
Northern District of Illinois       }
Eastern Division                    }



I, MICHAEL W. DOBBINS, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on April 12, 2007, in the cause entitled: Google, Inc., Vs. Central Mfg., Inc., et al. Leo Stoller, Movant/Appellant.

USDC NO.:   07-CV-0385

USCA NOS.:  07-1569, 07-1612 and 07-1651



| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 04/12/07 | 72 | Transcript of proceedings held on 02/20/07 before Judge Kendall. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 13th day of April, 2007.

Michael W. Dobbins, Clerk

Angela Revis,
Deputy Clerk