

**MICHAEL W. DOBBINS**
CLERK



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

April 12, 2007

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Google -v- Stroller

U.S.D.C. DOCKET NO. : 07 cv 385

U.S.C.A. DOCKET NO. : 07-1569, 07-1612 and 07-1651

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)        *1 Volume of Pleadings*

VOLUME(S) OF TRANSCRIPT(S)      *3 Transcripts*

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                *2 Loose Pleadings*

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By: _____
D. Jordan, Deputy Clerk