IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Consolidated Appeal Nos: 07-1569, 07-1612 and 07-16__

FILED
MAY 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GOGLE, INC. )<br>   )<br>   Plaintiff, )<br>   )<br> vs. )<br>   )<br> CENTRAL MFG. INC. a/k/a )<br> CENTRAL MFG. CO., a/k/a )<br> CENTRAL MFG. CO.(INC)., )<br> a/k/a CENTRAL MANUFACTURING )<br> COMPANY, INC. and a/k/a )<br> CENTRAL MFG. CO. OF ILLINOIS; )<br> and STEALTH INDUSTRIES, INC. )<br> a/k/a RENTAMARK and a/k/a )<br> RENTAMARK.COM, )<br>   )<br>   Defendants. ) | Case No: 07-CV-385<br><br>Hon. Virginia M. Kendall<br><br>Magistrate Judge Cole<br><br>Appeal from the U.S. District<br>Court for the Northern District<br>Eastern Division<br>Orders by Virginia M. Kendall<br>Dated 3/5/2007, 3/12/2007,<br>and 3/16/2007 |

**MOTION FOR LEAVE TO FILE DESIGNATION
OF SUPPLEMENTAL CONTENT OF RECORD ON APPEAL**

NOW COMES Leo Stoller and moves for leave to file the Designation of Supplemental Content of Record on Appeal. Stoller moves to supplement the record as follows:

1) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075
   Motion of Google, Inc. For Order Declaring Proposed Suit to
   Be Outside Scope Of Stay Or, In The Alternative, Modifying Stay (Docket 113)

2) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075
   Transript dated December 12, 2006

3) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075
   Transcript dated February 15, 2007

*/s/ Leo Stoller/*

Leo Stoller, *pro se*
7115 W. North Avenue #272
Oak Park, Illinois 60302
312/ 545-4554
Email: ldms4@hotmail.com

Date: May 10, 2007

## Certificate of Mailing

I hereby certify that this motion is being mailed by First Class Mail with the U.S. Postal Service in an envelope addressed to:

Clerk of the Court
United States District Court
219 S. Dearborn
Chicago, Illinois  60607

_____
Leo Stoller
Date:  May 10, 2007

## Certificate of Service

I hereby certify that the foregoing is being deposited with the U.S. Postal Service as First Class Mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
Counsel for Trustee
*Shaw, Gussis, Fishman, Glantx,*
 *Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois  60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois  60606

_____
Leo Stoller
Date:  5-10-07

C:\MARKS44\GOOGLE.MOT

2