IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Consolidated Appeal Nos: 07-1569, 07-1612 and 07-1651

**F I L E D**

**MAY 1 0 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GOODLE, INC. ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 07-CV-385 |
| CENTRAL MFG. INC. a/k/a ) | Hon. Virginia M. Kendall |
| CENTRAL MFG. CO., a/k/a ) | |
| CENTRAL MFG. CO.(INC)., ) | Magistrate Judge Cole |
| a/k/a CENTRAL MANUFACTURING ) | |
| COMPANY, INC. and a/k/a ) | Appeal from the U.S. District |
| CENTRAL MFG. CO. OF ILLINOIS; ) | Court for the Northern District |
| and STEALTH INDUSTRIES, INC. ) | Eastern Division |
| a/k/a RENTAMARK and a/k/a ) | Orders by Virginia M. Kendall |
| RENTAMARK.COM, ) | Dated 3/5/2007, 3/12/2007, |
| Defendants. ) | and 3/16/2007 |

### NOTICE OF FILING (entry nj)

TO:  Michael T. Zeller                          Richard M. Fogel, Trustee
     Quinn, Emanuel, Urquhart,                  Shaw, Gussis, Fishman, Glantz,
       Oliver & Hedges, LLP.                      Wolfson & Towbin, LLC.
     865 S. Figueroa Street, 10th Floor        321 N. Clark Street, Suite 800
     Los Angeles, California 90017             Chicago, Illinois 60610

     William J. Barrett
     Barack, Ferrazzano, Kirschbaum,
       Perlman & Nagelberg, LLP.
     333 W. Wacker Drive, Suite 2700
     Chicago, Illinois 60606

*Hearing Monday 5-14-07   9:00 AM*

PLEASE TAKE NOTICE that on the **10th day of May, 2007**, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **1) Motion for Leave to File Designation of Supplemental Content of Record on Appeal**; a copy of which is attached hereto.

I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this _10th_ day of May, 2007, with proper postage prepaid.

_____
Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(773) 551-4827
Email: ldms4@hotmail.com

C:\MARKS44\GOOGLE2.NOF