IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Consolidated Appeal Nos: 07-1569, 07-1612 and 07-1651

F I L E D

MAY 1 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| GOULE, INC. ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 07-CV-385 |
| CENTRAL MFG. INC. a/k/a ) | |
| CENTRAL MFG. CO., a/k/a ) | Hon. Virginia M. Kendall |
| CENTRAL MFG. CO.(INC)., ) | |
| a/k/a CENTRAL MANUFACTURING ) | Magistrate Judge Cole |
| COMPANY, INC. and a/k/a ) | |
| CENTRAL MFG. CO. OF ILLINOIS; ) | Appeal from the U.S. District |
| and STEALTH INDUSTRIES, INC. ) | Court for the Northern District |
| a/k/a RENTAMARK and a/k/a ) | Eastern Division |
| RENTAMARK.COM, ) | Orders by Virginia M. Kendall |
| ) | Dated 3/5/2007, 3/12/2007, |
| Defendants. ) | and 3/16/2007 |

## NOTICE OF FILING

TO:  Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Richard M. Fogel, Trustee
Shaw, Gussis, Fishman, Glantz,
 Wolfson & Towbin, LLC.
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the **10th day of May, 2007**, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **1) Designation of Supplemental Content of Record on Appeal**; a copy of which is attached hereto.

I certify that I served this Notice mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail on this _10th_ day of May, 2007, with proper postage prepaid.

Leo Stoller, *pro se*
7115 W. North Avenue
Oak Park, Illinois 60302
(773) 551-4827
Email: ldms4@hotmail.com

C:\MARKS44\GOOGLE.NOF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

**MAY 1 0 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Consolidated Appeal Nos: 07-1569, 07-1612 and 07-1651

| | |
|---|---|
| GOOGLE, INC. | ) |
| Plaintiff, | ) Case No: 07-CV-385 |
| vs. | ) Hon. Virginia M. Kendall |
| CENTRAL MFG. INC. a/k/a | ) Magistrate Judge Cole |
| CENTRAL MFG. CO., a/k/a | ) |
| CENTRAL MFG. CO.(INC)., | ) Appeal from the U.S. District |
| a/k/a CENTRAL MANUFACTURING | ) Court for the Northern District |
| COMPANY, INC. and a/k/a | ) Eastern Division |
| CENTRAL MFG. CO. OF ILLINOIS; | ) |
| and STEALTH INDUSTRIES, INC. | ) Orders by Virginia M. Kendall |
| a/k/a RENTAMARK and a/k/a | ) Dated 3/5/2007, 3/12/2007 |
| RENTAMARK.COM, | ) and 3/16/2007 |
| Defendants. | ) |

## DESIGNATION OF SUPPLEMENTAL CONTENT OF RECORD ON APPEAL

NOW COMES Leo Stoller and identifies the supplemental content of record on appeal as follows:

1) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075 (Docket 113)
   Motion of Google, Inc. For Order Declaring Proposed Suit to
   Be Outside Scope Of Stay Or, In The Alternative, Modifying Stay

2) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075
   Transript dated December 12, 2006

3) *In re Leo Stoller, Debtor,* Bankruptcy Case No. 05 B 64075
   Transcript dated February 15, 2007

*/s/ Leo Stoller*
Leo Stoller
7115 W. North Avenue
Oak Park, Illinois  60302
(312) 545-4554
Email:  ldms4@hotmail.com

Date:  May 10, 2007

## Certificate of Mailing

I hereby certify that the foregoing is being mailed with the U.S. Postal Service by First Class Mail in an envelope addressed to:

Clerk of the Court
United States District Court
219 South Dearborn
Chicago, IL 60607

_____
Leo Stoller
Date: May 10, 2007

## Certificate of Service

I hereby certify that the foreging is being deposited with the U.S. Postal Service as First Class mail in an envelope addressed to:

Richard M. Fogel, Trustee
Janice A. Alwin, Esq.
*Shaw, Gussis, Fishman, Glantx,*
 *Wolfson & Towbin LLC.*
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

Michael T. Zeller
Quinn, Emanuel, Urquhart,
 Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

William J. Barrett
Barack, Ferrazzano, Kirschbaum,
 Perlman & Nagelberg, LLP.
333 W. Wacker Drive, Suite 2700
Chicago, Illinois 60606

_____
Leo Stoller
Date: 5-10-07